Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, | NO. _____ |
| Plaintiff, | (Maricopa County Superior Court Cause No. CV2017-006126) |
| vs. | |
| DELTA AIR LINES INC.; COMPASS AIRLINES, INC., | **DEFENDANT DELTA AIR LINES, INC.'S NOTICE OF REMOVAL** |
| Defendants. | (Jury Trial Demanded) |

      Defendant Delta Air Lines, Inc. submits this Notice of Removal pursuant to the provisions of Local Rule 2.23, 28 U.S.C. § 1441 *et seq.*, 28 U.S.C. § 1332, and 28 U.S.C. § 1653, and in support hereof states:

      1.     The above-entitled action was commenced in the Superior Court of Maricopa County, State of Arizona on May 12, 2017 and is now pending in that court. Delta Air Lines, Inc. first received notice of Plaintiff's Complaint after it was served on June 7, 2017. Delta Air Lines, Inc. was for the first time able to ascertain that the case had become removable due to complete diversity jurisdiction, pursuant 28 U.S.C. 1332, upon service on June 7, 2017.

2.      Delta Air Lines, Inc. is a Delaware corporation with its principal place of business in Georgia.  Defendant Compass Airlines, Inc. is a Delaware corporation with a principal place of business in Minnesota. Compass Airlines, Inc. is a wholly owned subsidiary of Trans States Holdings, a Delaware corporation with a principal place of business in Missouri.  According to Plaintiff's Complaint, Plaintiff is a resident of Maricopa County, Arizona. (See Plaintiff's Complaint at ¶1, attached hereto as Exhibit A.)  There is complete diversity between the parties.

3.      This action was commenced by Plaintiff against Delta Air Lines, Inc. in the Superior Court of the State of Arizona, Maricopa County and is of a civil nature alleging serious injuries, personal injuries and damages, physical pain, mental pain and suffering, past and future medical expenses, lost wages and loss of wage earning capacity.  (Id.)  The United States District Court for the District of Arizona has original subject matter jurisdiction over this action under 28 U.S.C. § 1332 because citizenship of the Plaintiff is diverse from Defendant, and upon information and belief, the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

4.      The Court has removal jurisdiction over this action pursuant to 28 U.S.C. §§ 1441 and 1446.

5.      Pursuant to Local Rule 2.23 and 28 U.S.C. § 1441(a), venue of the removed action is proper in the Court as the district and court embracing the Superior Court of the State of Arizona, in and for the County of Maricopa, the place where the state action is pending.

6.      Delta Air Lines, Inc. was served on June 7, 2017.  Pursuant to 28 U.S.C. § 1446(b), the Notice of Removal is timely filed, as 30 days have not elapsed since Delta Air Lines, Inc. was served with Plaintiff's Complaint, and removal is filed less than one year after the action commenced.  Thus, Notice of Removal is timely, and all conditions and procedures for removal have been satisfied.

7.     A copy of all process, pleadings, and orders served on Delta Air Lines, Inc. is attached.  (Exhibit A)  Additional papers may have been filed in state court prior to removal, and consequently the removing party will supplement the record if necessary.

8.     Delta Air Lines, Inc. has given prompt written notice of the filing of this Notice of Removal to Plaintiff.  Defendant Compass Airlines is represented by Mark G. Worischeck, Sanders & Parks PC, who has consented to removal.

9.     Delta Air Lines, Inc. has filed a copy of the Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa, as required by 28 U.S.C. § 1446(d).  (Attached hereto as Exhibit B.)

WHEREFORE, Delta Air Lines, Inc. requests that this action be removed from the Maricopa County Superior Court for the State of Arizona to the United States District Court for the District of Arizona.

DATED this 27th day of June, 2017.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By /s/  Stephen C. Yost
     Stephen C. Yost
     Lauren E. Eiler
     3101 North Central Ave., Ste. 1200
     Phoenix, AZ 85012
     *Attorneys for Defendant Delta Air Lines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2017, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

/     Lisa Sainz

- 3 -

EXHIBIT A

1   Mack T. Jones (006369)
    Richard L. Barrett (005631)
2   **JONES | RACZKOWSKI PC**
    2141 East Camelback Road, Suite 100
3   Phoenix, Arizona 85016-4723
    (602) 840-8787 Fax (602) 840-0425
    mjones@azpremiseslaw.com
4   rbarrett@azpremiseslaw.com

5

6   Attorneys for Plaintiff

7           **SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY**

8

9   Michael E. Memos, a single man;        **NO.**   CV2017-006126

10          Plaintiff;                      **SUMMONS**

11  v.

12  Delta Air Lines, Inc., a Delaware       If you would like legal advice from a lawyer,
    corporation; Compass Airlines, Inc.     Contact the Lawyer Referral Service at
13  a Delaware corporation doing                        602-257-4434
                                                            or
14  business as Delta Connection; Does            www.maricopalawyers.org
    I-V;                                             Sponsored by the
15                                             Maricopa County Bar Association

16          Defendants.

17
    TO **DEFENDANT(S):**   **DELTA AIR LINES, INC.**
18                  ──────── **c/o CORPORATION SERVICE COMPANY, STATUTORY AGENT**
19                  2338 West Royal Palm Road, Suite J
                    Phoenix, Arizona 85021
20

21      You are hereby summoned and required to appear and defend in the

22  above entitled action in the above entitled court within TWENTY DAYS

23  exclusive of the day of service after service of this summons upon you if served

    within the State of Arizona, and within THIRTY DAYS exclusive of the day of
24
    service if served without the State of Arizona, and you are hereby notified that
25
    in case you fail so to do, judgment by default will be rendered against you for
26

the relief demanded in the complaint.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by party needing accommodation or his/her counsel at least THREE (3) JUDICIAL DAYS in advance of a scheduled court proceeding. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least TEN (10) JUDICIAL DAYS in advance of a scheduled court proceeding.

The name and address of the attorney for the Plaintiff is:

<div align="center">

Mack T. Jones
**JONES│RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723

</div>

GIVEN UNDER MY HAND and the seal of the Superior Court of the State of Arizona in and for said County this date:

MICHAEL K. JEANES
Clerk of the Superior Court

COPY

MAY 1 2 2017



By_____ MICHAEL K. JEANES, CLERK
Deputy Clerk                              F. AZADEH
                                          DEPUTY CLERK

Mack T. Jones (006369)
Richard L. Barrett (005631)
JONES | RACZKOWSKI PC
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

COPY

MAY 1 2 2017

COURT SEAL
MICHAEL K. JEANES, CLERK
F. AZADEH
DEPUTY CLERK

Attorneys for Plaintiff

## SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

Michael E. Memos, a single man;

Plaintiff;

v.

Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, Inc. a Delaware corporation doing business as Delta Connection; Does I - V;

Defendants.

NO. CV2017-006126

**COMPLAINT**

(Tort - Personal Injury; Non-Motor Vehicle)

Plaintiff Michael E. Memos alleges:

1. Plaintiff Michael E. Memos is a single man residing in Maricopa County, Arizona.

2. Defendant Delta Air Lines, Inc. is a Delaware corporation which caused an event to occur in Maricopa County, Arizona and is doing business in Maricopa County, Arizona.

3. Defendant Compass Airlines, Inc. is a Delaware corporation doing business as Delta Connection on behalf of Defendant Delta Air Lines, Inc. which caused an event to occur in the Maricopa County, Arizona and is doing business in Maricopa County, Arizona.

4.    On May 16, 2015, Defendant Delta Air Lines, Inc. and Defendant Compass Airlines, Inc., operating on behalf of Defendant Delta Air Lines, Inc., were the possessors and operators of an airplane jet way at Sky Harbor Airport being used for the boarding of passengers onto Defendant Delta Air Lines, Inc. flight DL5715 from Phoenix, Arizona to Los Angeles, California operated on behalf of Defendant Delta Air Lines, Inc. by Defendant Compass Airlines, Inc.

5.    Defendant Does I - V are corporations, partnerships, other entities or individuals other than Defendants Delta Air Lines, Inc. or Compass Airlines, Inc. who possessed and operated the airplane jet way at Sky Harbor Airport being used for the ingress and egress of passengers onto Defendant Delta Air Lines, Inc. flight DL5715 from Phoenix, Arizona to Los Angeles, California operated on behalf of Defendant Delta Air Lines, Inc. by Defendant Compass Airlines, Inc. on May 16, 2015.

6.    The actions, omissions and conduct giving rise to this cause of action occurred in Maricopa County, Arizona, and this Court has subject matter and personal jurisdiction. Venue is appropriate in Maricopa County pursuant to A.R.S. §12-401.

7.    Defendants Delta Air Lines, Inc., Compass Airlines, Inc. and Does I - V as the possessors and operators of the airplane jet way at Sky Harbor Airport being used for the ingress of passengers onto Defendant Delta Air Lines, Inc. flight DL5715 from Phoenix, Arizona to Los Angeles, California operated on behalf of Defendant Delta Air Lines, Inc. by Defendant Compass Airlines, Inc. on May 16, 2015 had the duty to maintain the jet way in reasonably safe condition for the benefit of invitees.

8.    On May 16, 2015 on the airplane jet way leading to Defendant Compass Airlines Inc.'s airplane, Plaintiff was injured as a direct and proximate

result of an unreasonably dangerous condition, specifically unmarked water or other fluid on the jet way floor as to which Defendants Delta Air Lines, Inc., Compass Airlines, Inc. and Does I - V had actual or constructive notice or were otherwise negligent in allowing to be present.

9.     As Plaintiff was walking along the airplane jet way and made the turn towards the airplane cabin where the flooring changed from carpet to a rubber type surface, Plaintiff's left foot slipped on unmarked water or other fluid on the floor which Plaintiff did not see causing Plaintiff to lose balance and fall to the floor sustaining injuries to his foot and ankle that required surgical repair.

10.     Plaintiff has incurred health care expenses for treatment of the injuries caused by Defendants' negligence, and Plaintiff may continue to incur such expenses.

11.     Plaintiff has incurred a loss of wages, earnings and earning capacity, and other benefits and/or opportunities because of the injuries caused by Defendants' negligence.

12.     Plaintiff has experienced pain, discomfort, suffering, annoyance, mental and emotional distress, loss of enjoyment of life, and other types of general damage because of the injuries caused by Defendants' negligence, and Plaintiff may continue to experience such general damages in the future; the exact amount of Plaintiff's general damages is undetermined, but in excess of the jurisdictional minimum of this Court.

WHEREFORE, Plaintiff requests judgment against Defendants for reasonable compensatory damages in excess of this Court's jurisdictional minimum, taxable costs, and all other appropriate relief.

. . .

1    . . .

2

3    . . .

4

5

6    DATED this __17th__ day of May, 2017.

7

8                          JONES | RACZKOWSKI PC

9

10                         By Mack T. Jones
11                         Richard L. Barrett
                           Attorneys for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

Mack T. Jones (006369)
Richard L. Barrett (005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com





MAY 1 2 2017

MICHAEL K. JEANES, CLERK
F. AZADEH
DEPUTY CLERK

2

3

4

5

6   Attorneys for Plaintiff

7        **SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY**

8

Michael E. Memos, a single man;

9

10              Plaintiff;

11   v.

12   Delta Air Lines, Inc., a Delaware
corporation; Compass Airlines, Inc.
13   a Delaware corporation doing
business as Delta Connection; Does
14   I - V;
15

16              Defendants.

**NO.**   CV 2017-006126

**CERTIFICATE OF NON-COMPULSORY ARBITRATION**

17        The undersigned certifies that the largest award sought by the Plaintiff,

18   including punitive damages, but excluding interest, attorneys' fees and costs

19   **does** exceed the limits set by Local Rule for compulsory arbitration, and certifies

20   that this case *is not* subject to compulsory arbitration as provided by Rules 72

21   through 76 of the Arizona Rules of Civil Procedure.

22   . . .

23

24   . . .

25

26   . . .

1    DATED this _____ day of May, 2017.

2                                    JONES | RACZKOWSKI PC

3

4

5                                    By Mack T. Jones
                                     Richard L. Barrett
6                                    Attorneys for Plaintiff

7    Original filed; Copy hand-delivered
8    this _____ day of May, 2017, to:

9
     Court Administration
10   MARICOPA COUNTY SUPERIOR COURT
     201 West Jefferson - 4th Floor
11   Phoenix, Arizona 85003

12   By:

13

14

15

16

17

18

19

20

21

22

23

24

25

26

::ODMA\MHODMA\CENTRAL;IManage;412046;1          2

**In the Superior Court of the State of Arizona**
**In and For the County of** Maricopa

Case Number  **CV2017-006126**

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

**Is Interpreter Needed?** ☐ Yes ☒ No
**If yes, what language:**

**COPY**

MAY 1 2 2017

MICHAEL K. JEANES, CLERK
F. AZADEH
DEPUTY CLERK

Plaintiff's Attorney  Mack T. Jones

Attorney Bar Number  006369

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Michael E Memos | 13390 N. 95th Way, Phoenix, Arizona 85260 | 480-766-2919 | mike.memos@gmail.com |

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)     Delta Air Lines, Inc.; Compass Airlines, Inc.; Does I-V

(List additional defendants on page two and/or attach a separate sheet)

**EMERGENCY ORDER SOUGHT:**  ☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC

☐ Election Challenge     ☐ Employer Sanction     ☐ Other _____
(Specify)

☐ RULE 8(i) COMPLEX LITIGATION APPLIES. Rule 8(I) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.

(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

☐ THIS CASE IS ELIGIBLE FOR THE COMMERCIAL COURT UNDER EXPERIMENTAL RULE 8.1. (Maricopa County only.) Rule 8.1 defines a commercial case and establishes eligibility criteria for the commercial court. Generally, a commercial case primarily involves issues arising from a business contract or business transaction. However, consumer transactions are not eligible. A consumer transaction is one that is primarily for personal, family or household purposes. **Please review Rule 8.1 for a complete list of the criteria.** See http://www.superiorcourt.maricopa.gov/commercial-court/. You must check this box if this is an eligible commercial case. **In addition, mark the appropriate box below in the "Nature of Action" case category. The words** "commercial court assignment requested" must appear in the caption of the original complaint.

## NATURE OF ACTION

(Place an **"X"** next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☒ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.     ☐ 123 Hospital
☐ 122 Physician D.O      ☐ 124 Other

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV10f – 010116

Case No._____

## 130 CONTRACTS:

☐131 Account (Open or Stated)
☐132 Promissory Note
☐133 Foreclosure
☐138 Buyer-Plaintiff
☐139 Fraud
☐134 Other Contract (i.e. Breach of Contract)
☐135 Excess Proceeds-Sale
☐Construction Defects (Residential/Commercial)
      ☐136 Six to Nineteen Structures
      ☐137 Twenty or More Structures

## 150-199 OTHER CIVIL CASE TYPES:

☐156 Eminent Domain/Condemnation
☐151 Eviction Actions (Forcible and Special Detainers)
☐152 Change of Name
☐153 Transcript of Judgment
☐154 Foreign Judgment
☐158 Quiet Title
☐160 Forfeiture
☐175 Election Challenge
☐179 NCC-Employer Sanction Action
    (A.R.S. §23-212)
☐180 Injunction against Workplace Harassment
☐181 Injunction against Harassment
☐182 Civil Penalty
☐186 Water Rights (Not General Stream Adjudication)
☐187 Real Property
☐ Special Action against Lower Courts
    (See lower court appeal cover sheet in Maricopa)

☐194 Immigration Enforcement Challenge
   (§§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
   (See lower court appeal cover sheet in Maricopa)
☐150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax
   Court)
☐155 Declaratory Judgment
☐157 Habeas Corpus
☐184 Landlord Tenant Dispute- Other
☐190 Declaration of Factual Innocence
   (A.R.S. §12-771)
☐191 Declaration of Factual Improper Party Status
☐193 Vulnerable Adult (A.R.S. §46-451)
☐165 Tribal Judgment
☐167 Structured Settlement (A.R.S. §12-2901)
☐169 Attorney Conservatorships (State Bar)
☐170 Unauthorized Practice of Law (State Bar)
☐171 Out-of-State Deposition for Foreign Jurisdiction
☐172 Secure Attendance of Prisoner
☐173 Assurance of Discontinuance
☐174 In-State Deposition for Foreign Jurisdiction
☐176 Eminent Domain– Light Rail Only
☐177 Interpleader– Automobile Only
☐178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐183 Employment Dispute- Discrimination
☐185 Employment Dispute-Other
☐195(a) Amendment of Marriage License
☐195(b) Amendment of Birth Certificate
☐163 Other _____
                    (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐Antitrust/Trade Regulation
☐Construction Defect with many parties or structures
☐Mass Tort
☐Securities Litigation with many parties
☐Environmental Toxic Tort with many parties
☐Class Action Claims
☐Insurance Coverage Claims arising from the above-listed case types
☐A Complex Case as defined by Rule 8(i) ARCP

**Additional Plaintiff(s)**

_____

_____

**Additional Defendant(s)**

_____

_____

EXHIBIT B

1    Stephen C. Yost – 011149
2    Lauren E. Eiler – 007378
     CAMPBELL, YOST, CLARE & NORELL, P.C.
3    3101 North Central Ave., Ste. 1200
     Phoenix, AZ 85012
4    (602) 322-1600
5    (602) 322-1604 - fax
     syost@cycn-phx.com
6
7    *Attorneys for Defendant Delta Air Lines, Inc.*

8         **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9           **IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| 10   MICHAEL E. MEMOS, | NO.  CV2017-006126 |
| 11 | |
| 12          Plaintiff, | **DEFENDANT DELTA AIR LINES INC.'S** |
| 13   vs. | **NOTICE OF FILING NOTICE OF REMOVAL** |
| 14   DELTA AIR LINES, INC.; COMPASS AIRLINES, INC., | |
| 15 | (Assigned to the Honorable Randall Warner) |
| 16          Defendants. | |

17

18        PLEASE TAKE NOTICE that Defendant Delta Air Lines, Inc. has filed a Notice

19 of Removal of this action in the Clerk of Court of the United States District Court,

20 District of Arizona, Phoenix Division.   A copy of the Notice is attached hereto as

21 Exhibit A.

22 .     .     .

23 .     .     .

24

25

26

DATED this 27th day of June, 2017.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By /s/ Stephen C. Yost
    Stephen C. Yost
    Lauren E. Eiler
    3101 North Central Ave., Ste. 1200
    Phoenix, AZ 85012
    *Attorneys for Defendant Delta Air Lines, Inc.*

**ORIGINAL** of the foregoing e-filed
with the Clerk this 27th day of June, 2017,
and a copy electronically
delivered, to:

The Honorable Randall Warner
Maricopa County Superior Court

**COPY** of the foregoing e-mailed
this same day, to:

Mack T. Jones, Esq.
Jones/Raczkowski, PC
2141 E. Camelback Road, Ste. 100
Phoenix, AZ 85016
Attorneys for Plaintiffs

By: /s/ Lisa Sainz

- 2 -