Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES INC.; COMPASS AIRLINES, INC.,<br><br>Defendants. | NO. _____<br><br>(Maricopa County Superior Court Cause No. CV2017-006126)<br><br>**DEFENDANT DELTA AIR LINES INC.'S DEMAND FOR JURY TRIAL** |

Defendant Delta Air Lines, Inc. hereby demands a jury trial in the above-captioned matter on all issues so triable.

DATED this 27th day of June, 2017.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By /s/ Stephen C. Yost
  Stephen C. Yost
  Lauren E. Eiler
  3101 North Central Ave., Ste. 1200
  Phoenix, AZ 85012
  *Attorneys for Defendant Delta Air Lines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2017, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/     Lisa Sainz