Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES INC.; COMPASS AIRLINES, INC.,<br><br>　　　　　　Defendants. | NO. _____<br><br>(Maricopa County Superior Court Cause No. CV2017-006126)<br><br>**ANSWER OF**<br>**DELTA AIR LINES, INC.** |

Delta Air Lines, Inc. [Delta] answers and alleges as follows:

1. Lack sufficient knowledge and information to form a belief as to the truth or falsity of all the allegations set forth in paragraphs 1, 3, 4, 5, 7, 8, 9, 10, 11 and 12, and therefore, deny said allegations.

2. Admit Delta is a Delaware corporation and admit the events alleged occurred in Maricopa County, Arizona and deny the remaining allegations of paragraphs 2 and 6.

3. Delta denies it was negligent or caused plaintiff injury.

4. Denies all allegations not expressly admitted herein.

**AFFIRMATIVE DEFENSES**

1. Failure to state a claim upon which relief may be granted.

2. Comparative fault by all other parties and non-parties at fault.

3. All other affirmative defenses under rule 8 and rule 12, pending further investigation and discovery.

DATED this 27th day of June, 2017.

           **CAMPBELL, YOST, CLARE & NORELL, P.C.**

           By s/ Stephen C. Yost
              Stephen C. Yost
              Lauren E. Eiler
              3101 North Central Ave., Ste. 1200
              Phoenix, AZ 85012
              *Attorneys for Defendant Delta Air Lines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2017, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Lisa Sainz