| | |
|---|---|
| 1 | Stephen C. Yost – 011149 |
| 2 | Lauren E. Eiler – 007378 |
|   | CAMPBELL, YOST, CLARE & NORELL, P.C. |
| 3 | 3101 North Central Ave., Ste. 1200 |
|   | Phoenix, AZ 85012 |
| 4 | (602) 322-1600 |
| 5 | (602) 322-1604 - fax |
|   | syost@cycn-phx.com |
| 6 | |
| 7 | *Attorneys for Defendant Delta Air Lines, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MICHAEL E. MEMOS, | NO. _____ |
| Plaintiff, | (Maricopa County Superior Court Cause No. CV2017-006126) |
| vs. | |
| DELTA AIR LINES INC.; COMPASS AIRLINES, INC., | **DEFENDANT DELTA AIR LINES, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Delta Air Lines, Inc. in compliance with the provisions of: (*check one*)

   **X**    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_\_ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_\_   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

  **X**      No such corporation.

\_\_\_\_\_   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed.*)

_____Relationship _____

\_\_\_\_\_   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of the financial interest. (Attach additional pages if needed.)*

_____Relationship _____

\_\_\_\_\_   Other (please explain)

_____

**A supplemental disclosure statement will be filed upon any changes in the information provided herein.**

DATED this 27th day of June, 2017.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By /s/      Stephen C. Yost
   Stephen C. Yost
   Lauren E. Eiler
   3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
   *Attorneys for Defendant Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2017, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/      Lisa Sainz