1  Mark G. Worischeck/Bar No. 011147
   Joel T. Fugate/Bar No. 031739
2  **SANDERS & PARKS, P.C.**
   3030 North Third Street, Suite 1300
3  Phoenix, AZ  85012-3099
   Firm E-mail:  Minutes@SandersParks.com

4  Mark G. Worischeck
     Direct Phone: 602.532.5795
5    Direct Fax: 602.230.5054
     E-Mail: Mark.Worischeck@sandersparks.com
6
7  Joel T. Fugate
     Direct Phone: 602.532.5613
8    Direct Fax: 602.230-5013
     E-Mail: Joel.Fugate@sandersparks.com
9
   *Attorneys for Defendant Compass Airlines, LLC*
10

11              **UNITED STATES DISTRICT COURT**

12             **FOR THE DISTRICT OF ARIZONA**

13

14  MICHAEL E. MEMOS, a single man,            Case No.:  2:17-cv-02056-MHB

15               Plaintiff,

                                               **DEFENDANT COMPASS AIRLINES,**
16  v.                                         **LLC'S JURY DEMAND**

17  DELTA AIR LINES, INC., a Delaware
    corporation; COMPASS AIRLINES, INC., a
18  Delaware corporation doing business as
    Delta Connection; Does I - V,
19
                 Defendants.
20

21      Defendant Compass Airlines, LLC, improperly named as Compass Airlines, Inc., hereby

22  requests a trial by jury on all issues with respect to the above-entitled matter.

23

24

25

26  / / /

27  / / /

28  / / /

RESPECTFULLY SUBMITTED this 5th day of July, 2017.

**SANDERS & PARKS, P.C.**

By   /s/ Mark G. Worischeck
        Mark G. Worischeck
        Joel T. Fugate
        3030 North Third Street, Suite 1300
        Phoenix, AZ  85012-3099
        *Attorneys for Defendant Compass Airlines, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By /s/  Peggy Bailey