Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS,<br><br>      Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES INC.; COMPASS AIRLINES, INC.,<br><br>      Defendants. | NO. 2:17-cv-02056-MHB<br><br>DEFENDANT DELTA AIR LINES' NOTICE OF SERVICE OF RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS<br><br>Trial Date: None<br>Complaint Filed: May 12, 2017<br>Removal Filed:  June 27, 2017 |

   Defendant Delta Air Lines, (hereinafter "Delta"), by and through its attorneys of record, Campbell, Yost, Clare & Norell, P.C., hereby provides this Notice of Service of its Responses to Mandatory Initial Discovery Requests.  On July 27, 2017, Delta served its Responses to the Court's Mandatory Initial Discovery Requests, as required by General Order 17-08.

/ / /

DATED this 27th day of July, 2017.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By s/ Stephen C. Yost
  Stephen C. Yost
  Lauren E. Eiler
  3101 North Central Ave., Ste. 1200
  Phoenix, AZ 85012
  *Attorneys for Defendant Delta Air Lines*

**CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of July, 2017, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Cindy Benear

- 2 -