Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man;<br><br>Plaintiff;<br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, Inc., a Delaware corporation doing business as Delta Connection; Does I - V;<br><br>Defendants.. | **NO. CV-17-02056-PHX-JJT**<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S MANDATORY INITIAL DISCOVERY RESPONSES** |

NOTICE IS HEREBY GIVEN that on July 27 2017, Plaintiff Michael E. Memos served his Mandatory Initial Discovery Responses pursuant to the Mandatory Initial Discovery Pilot Project ("MIDP"), General Order 17-08, Federal Rules of Civil Procedure, to Defendant Bank of America, N.A. by depositing copies thereof in the U.S. Mail addressed to:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
Attorneys for Defendant Delta Air Lines, Inc.

Mark G. Worischeck
Joel Fugate
**SANDERS & PARK, P.C.**
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
Attorneys for Defendant Compass Airlines, LLC

RESPECTFULLY SUBMITTED this  27th  day of July, 2017.

**JONES│RACZKOWSKI PC**

/s/ **Richard L. Barrett**
_____
By Mack T. Jones
Richard L. Barrett
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on July 27, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF systems for filing and transmittal of a Notice of Electronic Filling to the following CM/ECF registrants:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
Attorneys for Defendant Delta Air Lines, Inc.

1  Mark G. Worischeck
2  Joel Fugate
   **SANDERS & PARK, P.C.**
3  3030 North Third Street, Suite 1300
   Phoenix, Arizona 85012-3099
4  Attorneys for Defendant Compass Airlines, LLC
5
6  By:   /s/Aracely B. Phillips