Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS,<br><br>                    Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES INC.; COMPASS AIRLINES, INC.,<br><br>                    Defendants. | NO. 2:17-cv-02056-MHB<br><br>DEFENDANT DELTA AIR LINES' NOTICE OF SERVICE OF **SUPPLEMENTAL** RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS<br><br>Trial Date: None<br>Complaint Filed: May 12, 2017<br>Removal Filed:   June 27, 2017 |

Defendant Delta Air Lines, (hereinafter "Delta"), by and through its attorneys of record, Campbell, Yost, Clare & Norell, P.C., hereby provides this Notice of Service of its **Supplemental** Responses to Mandatory Initial Discovery Requests. On July 31, 2017, Delta served its Responses to the Court's Mandatory Initial Discovery Requests, as required by General Order 17-08.

/ / /

DATED this 31th day of July, 2017.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By s/   Stephen C. Yost
   Stephen C. Yost
   Lauren E. Eiler
   3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
   *Attorneys for Defendant Delta Air Lines*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2017, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Cindy Benear