Mark G. Worischeck/Bar No. 011147
Joel T. Fugate/Bar No. 031739
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Firm E-mail:  Minutes@SandersParks.com

Mark G. Worischeck
  Direct Phone: 602.532.5795
  Direct Fax: 602.230.5054
  E-Mail: Mark.Worischeck@sandersparks.com

Joel T. Fugate
  Direct Phone: 602.532.5613
  Direct Fax: 602.230-5013
  E-Mail: Joel.Fugate@sandersparks.com

*Attorneys for Defendant Compass Airlines, LLC*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, a single man,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware corporation; COMPASS AIRLINES, INC., a Delaware corporation doing business as Delta Connection; Does I - V,<br><br>Defendants. | Case No.:  2:17-cv-02056-MHB<br><br>**DEFENDANT COMPASS AIRLINES, LLC'S NOTICE OF SERVICE OF RESPONSE TO MANDATORY INITIAL DISCOVERY REQUESTS** |

Defendant Compass Airlines, LLC ("Compass"), improperly named as Compass Airlines, Inc., by and through its attorneys of record, Sanders & Parks, P.C., hereby provides this Notice of Service of its Response to Mandatory Initial Discovery Requests.  On August 4, 2017, Compass served its Response to the Court's Mandatory Initial Discovery Requests, as required by General Order 17-08.

/ / /

RESPECTFULLY SUBMITTED this 4th day of August, 2017.

**SANDERS & PARKS, P.C.**

By  /s/ Joel T. Fugate
Mark G. Worischeck
Joel T. Fugate
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
*Attorneys for Defendant Compass Airlines, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: s/ Peggy Bailey