Mack T. Jones (006369)
Richard L. Barrett (005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man; | **NO. CV-17-02056-PHX-JJT** |
| Plaintiff; | **PLAINTIFF'S SUPPLEMENT TO JOINT PROPOSED CASE MANAGEMENT PLAN** |
| v. | |
| Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, Inc., a Delaware corporation doing business as Delta Connection; Does I - V; | (Assigned to the Honorable John J Tuchi) |
| Defendants. | |

Plaintiff Michael E. Memos, by and through his counsel, submits the following Supplement to the Joint Proposed Case Management Report seeking the Court's help in resolving disputes that have arisen after filing the Joint Proposed Case Management Plan.

**I.    Dispute as to the Disclosure of the Identities of Individuals Likely to Have Discoverable Information.**

Plaintiff's counsel asked Defendant Compass Airlines, LLC to disclose the identities of the flight and cabin crew of the airplane at the time of the incident, as well as the persons referenced in Defendant Compass Airlines,

LLC's Responses to Mandatory Discovery Requests as having relevant information. (See attached RMDR without exhibits)

During discussions related to the Joint Proposed Case Management Plan, Plaintiff's counsel understood that Defendant Compass Airlines, LLC's counsel would provide the identity of these person quickly.

After the Joint Proposed Case Management Plan was filed, Defendant Compass's counsel indicated he will not provide Plaintiff the identities of the airplane crew as Defendant's counsel has determined these employees did not witness Plaintiff slip and fall, and, further indicated that he does not yet know the identities of the representatives of the Compass Airlines, LLC referenced in its RMDR.

Plaintiff believes these individuals and the information they possess are required to be disclosed and is asking the Court to help resolve this issue.

**A. Defendant Compass Airlines, LLC should disclose the identities of it employees.**

Plaintiff identified Defendant Compass Airlines, LLC pilot, co-pilot and cabin crew as individuals likely to have discoverable information:

It is reasonable to believe that the airplane crew walked down the jet-way to get to the airplane. There is a likelihood that these employees have information concerning the jet-way at the time they walked down the jet-way. There is also a likelihood that these employees may also have information relevant to policies and procedures on passengers using jet-ways to get to Defendants' airplanes.

As a defense to Plaintiff's claims in this matter, Defendants are alleging, "Defendants had no notice of any unreasonably dangerous condition [on the jet-way]..." See Paragraph 1 JPCMP. The parties agree there is a factual

2

dispute as to "Whether the fluid/condition on the floor [of the jet-way] was open and obvious" *See* Paragraph 3(2) JPCMP.

Defendants cannot allege these defenses and then not disclose the identities of persons who are likely to have information on these matters.

**B. Defendant Compass Airlines, LLC should disclose the identities of persons who Compass Airlines referenced in its disclosure responses as having relevant information in this matter.**

Defendant Compass Airlines, LLC said in its RMDR that company representatives had information relevant to this lawsuit. Having stated that its representatives possessed this information, Defendant Compass Airlines, LLC should disclose the identities of the persons and the information they possess.

Defendant Compass Airlines, LLC also stated that it believed representatives of Airport Terminal Services, Inc. possessed information relevant to this lawsuit. Having stated this belief, Defendant Compass Airlines, LLC should identify the persons and the information.

**C. Defendants should disclose who was in possession of and/or operated the jet-way.**

Plaintiff alleged that the Defendants possessed and/or operated the jet-way, the only point of ingress to Defendants' airplane. Plaintiff understood during the discussions related to the JPCMP that there was no dispute that Defendants Delta Air Lines, Inc. and Compass Airlines, LLC were the possessors and/or operators of the jet-way leading to their airplane.

Since filing the JPCMP, it appears that Defendants are now disputing that they were the possessors and/or operators of the jet-way.

3

If Defendants are disputing they possessed and/or operated the jet-way leading to their airplane, they should disclose who did possess and/or operate the jet-way.

**II.    Disputes arising related to Plaintiff amending the complaint impacting the Joint Proposed Case Management Plan.**

Since filing the JPCMP the parties have been unable to agree on a stipulation to allow Plaintiff to amend his complaint. As there is no agreement, Plaintiff will be filing a motion to amend the complaint. Plaintiff requests that the Court set a schedule related to a motion to amend.

DATED this <u>24th</u> day of August, 2017.


**JONES│RACZKOWSKI PC**

**/s/ RICHARD L. BARRETT**

_____
Mack T. Jones
Richard L. Barrett
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Plaintiff's Supplement to the Joint Proposed Case Management Report to the following CM/ECF registrants:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
Attorneys for Defendant Delta Air Lines, Inc.

4

1

2  Mark G. Worischeck

Joel Fugate

3  **SANDERS & PARK, P.C.**

3030 North Third Street, Suite 1300

4  Phoenix, Arizona 85012-3099

5  Attorneys for Defendant Compass Airlines, LLC

6  By: **/s/ Aracely B. Phillips**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26