Mark G. Worischeck/Bar No. 011147
Joel T. Fugate/Bar No. 031739
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Firm E-mail:  Minutes@SandersParks.com

Mark G. Worischeck
 Direct Phone: 602.532.5795
 Direct Fax: 602.230.5054
 E-Mail: Mark.Worischeck@sandersparks.com

Joel T. Fugate
 Direct Phone: 602.532.5613
 Direct Fax: 602.230.5013
 E-Mail: Joel.Fugate@sandersparks.com

*Attorneys for Defendant Compass Airlines, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, a single man,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware corporation; COMPASS AIRLINES, INC., a Delaware corporation doing business as Delta Connection; Does I - V,<br><br>Defendants. | Case No.:  2:17-cv-02056-MHB<br><br>**NOTICE OF STATUS IN ACCORDANCE WITH COURT ORDER DATED AUGUST 25, 2017** |

Defendant Compass Airlines, LLC ("Compass"), improperly named as Compass Airlines, Inc., provides the following Notice of Status in accordance with this Court's Order dated August 25, 2017. Counsel for Compass and counsel for Plaintiff had an in-person meeting and have since exchanged the information discussed in this Court's Order. At this time, Compass and Plaintiff have no other discovery/disclosure issues to address with the Court.

/ / /

RESPECTFULLY SUBMITTED this 31st day of August, 2017.

**SANDERS & PARKS, P.C.**


By /s/Joel Fugate
     Mark G. Worischeck
     Joel T. Fugate
     3030 North Third Street, Suite 1300
     Phoenix, AZ  85012-3099
     *Attorneys for Defendant Compass Airlines, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.


By:  /s/Peggy Bailey