Mark G. Worischeck/Bar No. 011147
Joel T. Fugate/Bar No. 031739
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Firm E-mail:  Minutes@SandersParks.com

Mark G. Worischeck
  Direct Phone: 602.532.5795
  Direct Fax: 602.230.5054
  E-Mail: Mark.Worischeck@sandersparks.com

Joel T. Fugate
  Direct Phone: 602.532.5613
  Direct Fax: 602.230-5013
  E-Mail: Joel.Fugate@sandersparks.com

*Attorneys for Defendant Compass Airlines, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| MICHAEL E. MEMOS, a single man,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware corporation; COMPASS AIRLINES, INC., a Delaware corporation doing business as Delta Connection; Does I - V,<br><br>Defendants. | Case No.:  2:17-cv-02056-MHB<br><br>**DEFENDANT COMPASS AIRLINES, INC.'S NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Defendant Compass Airlines, LLC ("Compass"), improperly named as Compass Airlines, Inc., hereby gives notice that it served on Plaintiff (with copies to all parties) its first set of Interrogatories and Request for Production of Documents dated September 5, 2017.

/ / /

/ / /

RESPECTFULLY SUBMITTED this 5th day of September, 2017.

**SANDERS & PARKS, P.C.**

By /s/ Joel T. Fugate
Mark G. Worischeck
Joel T. Fugate
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
*Attorneys for Defendant Compass Airlines, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.


By /s/ Peggy Bailey