Mack T. Jones (006369)
Richard L. Barrett (005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

**~~SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY~~**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael E. Memos, a single man;<br><br>Plaintiff;<br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, ~~Inc.~~ **LLC**, a Delaware company doing business as Delta Connection; ~~Does I-V~~ **Airport Terminal Services, Inc. a Missouri corporation**;<br><br>Defendants. | ~~NO. CV2017-006126~~<br><br>NO. CV-17-02056-PHX-JJT<br><br>**FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable John J Tuchi) |

Plaintiff Michael E. Memos alleges:

1.  Plaintiff Michael E. Memos is a single man residing in Maricopa County, Arizona.

2.  Defendant Delta Air Lines, Inc. is a Delaware corporation which caused an event to occur in Maricopa County, Arizona and is doing business in Maricopa County, Arizona.

3.  Defendant Compass Airlines, ~~Inc.~~ **LLC** is a Delaware company doing business as Delta Connection on behalf of Defendant Delta Air Lines, Inc.

1  which caused an event to occur in the Maricopa County, Arizona and is doing
2  business in Maricopa County, Arizona.
3       4.  **Defendant Airport Terminal Services, Inc. is a Missouri corporation**
4  **provided airline ground handling, including janitorial and other services at Sky**
5  **Harbor Airport for Defendants Delta Air Lines, Inc. and Compass Airlines, LLC,**
6  **which caused an event to occur in the Maricopa County, Arizona and is doing**
7  **business in Maricopa County, Arizona.**
8       ~~4.~~ **5.** On May 16, 2015, Defendant Delta Air Lines, Inc. and Defendant
9  Compass Airlines, ~~Inc~~. **LLC**, operating on behalf of Defendant Delta Air Lines,
10 Inc., were the possessors and operators of an airplane jet way at Sky Harbor
11 Airport being used for the boarding of passengers onto Defendant Delta Air
12 Lines, Inc. flight DL5715 from Phoenix, Arizona to Los Angeles, California
13 operated on behalf of Defendant Delta Air Lines, Inc. by Defendant Compass
14 Airlines, ~~Inc.~~ **LLC**, **for whom Defendant Airport Terminals Services, Inc.**
15 **provided airline ground handling, including janitorial and other services.**
16      5.  ~~Defendant Does I - V are corporations, partnerships, other entities~~
17 ~~or individuals other than Defendants Delta Air Lines, Inc. or Compass Airlines,~~
18 ~~Inc. who possessed and operated the airplane jet way at Sky Harbor Airport~~
19 ~~being used for the ingress and egress of passengers onto Defendant Delta Air~~
20 ~~Lines, Inc. flight DL5715 from Phoenix, Arizona to Los Angeles, California~~
21 ~~operated on behalf of Defendant Delta Air Lines, Inc. by Defendant Compass~~
22 ~~Airlines, Inc. on May 16, 2015.~~
23      6.  The actions, omissions and conduct giving rise to this cause of
24 action occurred in Maricopa County, Arizona, and this Court has subject matter
25 and personal jurisdiction. Venue is appropriate in Maricopa County pursuant to
26 A.R.S. §12-401.

1  ~~5.~~ **7.** Defendants Delta Air Lines, Inc., Compass Airlines, ~~Inc.~~ **LLC and**
2  **Defendant Airport Terminals Services, Inc.** as the possessors and operators of
3  the airplane jet way at Sky Harbor Airport being used for the ingress of
4  passengers onto Defendant Delta Air Lines, Inc. flight DL5715 from Phoenix,
5  Arizona to Los Angeles, California operated on behalf of Defendant Delta Air
6  Lines, Inc. by Defendant Compass Airlines, LLC on May 16, 2015 had the
7  duty to maintain the jet way in reasonably safe condition for the benefit of
8  invitees.

9  8.   On May 16, 2015 on the airplane jet way leading to Defendant
10  Compass Airlines ~~Inc.~~ **LLC**'s airplane, Plaintiff was injured as a direct and
11  proximate result of an unreasonably dangerous condition, specifically unmarked
12  water or other fluid on the jet way floor as to which Defendants Delta Air
13  Lines, Inc., Compass Airlines, ~~Inc.~~ **LLC and Defendant Airport Terminals**
14  **Services, Inc.** had actual or constructive notice or were otherwise negligent in
15  allowing to be present.

16  **9.   Defendant Airport Terminal Services, Inc. negligently created the**
17  **dangerous condition during its cleaning and other janitorial services for**
18  **Defendants Delta Air Lines, Inc. and Compass Airlines,** ~~LLC~~ **and failed to mark**
19  **the jet-way floor with cones, wet floor signs or other warning devices,**
20  **negligently failed to provide verbal or other cautionary instructions as to the**
21  **presence of fluid on the jet-way floor, and negligently failed to take precautions**
22  **so as to protect Plaintiff from injury.**

23  ~~9.~~ **10**. As Plaintiff was walking along the airplane jet way and made the
24  turn towards the airplane cabin where the flooring changed from carpet to a
25  rubber type surface, Plaintiff's left foot slipped on unmarked water or other
26  fluid on the floor which Plaintiff did not see causing Plaintiff to lose balance

1  and fall to the floor sustaining injuries to his foot and ankle that required
2  surgical repair.
3  ~~10.~~ **11.** Plaintiff has incurred health care expenses for treatment of the
4  injuries caused by Defendants' negligence, and Plaintiff may continue to incur
5  such expenses.
6  ~~11~~.**12.** Plaintiff has incurred a loss of wages, earnings and earning
7  capacity, and other benefits and/or opportunities because of the injuries caused
8  by Defendants' negligence.
9  ~~12.~~**13**. Plaintiff has experienced pain, discomfort, suffering, annoyance,
10 mental and emotional distress, loss of enjoyment of life, and other types of
11 general damage because of the injuries caused by Defendants' negligence, and
12 Plaintiff may continue to experience such general damages in the future; the
13 exact amount of Plaintiff's general damages is undetermined, but in excess of
14 the jurisdictional minimum of this Court.
15 WHEREFORE, Plaintiff requests judgment against Defendants for
16 reasonable compensatory damages in excess of this Court's jurisdictional
17 minimum, taxable costs, and all other appropriate relief.

19 DATED this _____ day of September, 2017.

**JONES│RACZKOWSKI PC**

By Mack T. Jones
Richard L. Barrett
Attorneys for Plaintiff

::ODMA\MHODMA\CENTRAL;iManage;423396;2

4