Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man; | **NO. CV-17-02056-PHX-JJT** |
| Plaintiff; | |
| v. | **PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY TO DEFENDANT DELTA AIR LINES, INC.** |
| Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, Inc., a Delaware corporation doing business as Delta Connection; Does I - V; | |
| Defendants.. | |

Pursuant to Rule 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff, hereby gives notice that it served on Defendant Delta Air Lines, Inc., (with copies to all parties) its first set of Non-Uniform Interrogatories and Request for Production of Documents dated September 26, 2017.

RESPECTFULLY SUBMITTED this  27th  day of September, 2017.

. . .

. . .

**JONES│RACZKOWSKI PC**

/s/ **Richard L. Barrett**

By Mack T. Jones
Richard L. Barrett
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on September 26, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF systems for filing and transmittal of a Notice of Electronic Filling to the following CM/ECF registrants:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
syost@cycn-phx.com
leller@cycn-phx.com
lsainz@cycn-phx.com
cbenear@cycn-phx.com
syetter@cycn-phx.com
Attorneys for Defendant Delta Air Lines, Inc.

Mark G. Worischeck
Joel Fugate
**SANDERS & PARK, P.C.**
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
mark.worischeck@sanderssparks.com
joel.fugate@sanderssparks.com
peggy.bailey@sanderssparks.com
shannon.berry@sanderssparks.com

::ODMA\MHODMA\CENTRAL;iManage;428578;1

2

Attorneys for Defendant Compass Airlines, LLC

By:  /s/Aracely B. Phillips