1  Stephen C. Yost – 011149
2  Lauren E. Eiler – 007378
   CAMPBELL, YOST, CLARE & NORELL, P.C.
3  3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
4  (602) 322-1600
5  (602) 322-1604 - fax
   syost@cycn-phx.com
6
7  *Attorneys for Defendant Delta Air Lines*

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF ARIZONA**

10

| | |
|---|---|
| MICHAEL E. MEMOS, | NO.  2:17-cv-02056-MHB |
| Plaintiff, | DEFENDANT DELTA AIR LINES' NOTICE OF SERVICE OF **THIRD** **SUPPLEMENTAL** RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS |
| vs. | |
| DELTA AIR LINES INC.; COMPASS AIRLINES, INC., | |
| Defendants. | Trial Date:  None |
| | Complaint Filed:  May 12, 2017 |
| | Removal Filed:    June 27, 2017 |

19

20      Defendant Delta Air Lines, (hereinafter "Delta"), by and through its attorneys of

21  record, Campbell, Yost, Clare & Norell, P.C., hereby provides this Notice of Service of

22  its **Third Supplemental** Responses to Mandatory Initial Discovery Requests.  On July

23  31, 2017, Delta served its Responses to the Court's Mandatory Initial Discovery

24  Requests, as required by General Order 17-08.

25

26  / / /

DATED this 2nd day of October, 2017.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**


By s/  Lauren E. Eiler
    Stephen C. Yost
    Lauren E. Eiler
    3101 North Central Ave., Ste. 1200
    Phoenix, AZ 85012
    *Attorneys for Defendant Delta Air Lines*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 2nd day of October, 2017, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.


s/ Cindy Benear

- 2 -