NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E Memos,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Delta Air Lines Incorporated, *et al.*,<br><br>　　　　　Defendants. | No. CV-17-02056-PHX-JJT<br><br>**ORDER** |

At issue is Plaintiff's Motion to File First Amended Complaint (Doc. 27) under Federal Rule of Civil Procedure 15(a), to which Defendants did not respond. Plaintiff filed his Motion within the deadline set forth in the Court's Scheduling Order (Doc. 24). Because Defendants filed no opposition, Plaintiff is entitled to summary disposition of the Motion. *See* LRCiv 7.2(i).

IT IS THEREFORE ORDERED granting Plaintiff's Motion to File First Amended Complaint (Doc. 27). Plaintiff shall file the First Amended Complaint on the docket by October 30, 2017.

Dated this 25th day of October, 2017.

　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　United States District Judge