Mack T. Jones (006369)
Richard L. Barrett (005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael E. Memos, a single man;<br><br>Plaintiff;<br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc. a Missouri corporation;<br><br>Defendants. | **NO. CV-17-02056-PHX-JJT**<br><br>**STIPULATED MOTION TO FILE FIRST AMENDED COMPLAINT AND PROPOSED ORDER**<br><br>(Assigned to the Honorable John J Tuchi) |

Plaintiff Michael E. Memos and Defendants Delta Air Lines, Inc. and Compass Airlines, LLC, the parties who have appeared in this action, by and through undersigned counsel stipulate and agree that Plaintiff may file a First Amended Complaint in the form annexed hereto as Exhibit "A." This Motion is supported by the attached Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff seeks leave to file a First Amended Complaint, pursuant to Rule 15(a), Federal Rules of Civil Procedure. The purpose of filing a First Amended Complaint is to add a party to this action. Plaintiff claims that on May 16,

2017 he slipped and fell and was injured as a result of an unreasonably dangerous condition, "specifically unmarked water or other fluid on the jet way floor." On August 14, 2017, during meet and confer discussions ordered by the Court related to the Joint Proposed Case Management Plan, it came to the attention of Plaintiff's counsel that a non-party, Airport Terminal Services, Inc., provided ground handling services, including cleaning and other janitorial services for Defendant Delta Air Lines, Inc., including for the aircraft and jet-way involved in the incident that is the subject of this lawsuit. This new information from the investigation conducted by Defendant Delta Air Lines, Inc., supports an allegation that non-party Airport Terminal Services, Inc. created the condition in the jet-way leading to the airplane which Plaintiff claims is unreasonably dangerous.

## I. ARGUMENT

Rule 15(a) specifically provides that "The court should freely give leave when justice so requires." Amendments to pleadings should be allowed with great liberality so that causes of action may be determined on the merits rather than procedural technicalities. *Forman v. Davis,* 371 U.S. 178, 83 S. Ct. 227, 9 L.Ed. 2d 222 (1962). *See, e.g. C.F. Capistrano Unified School District,* 654 F. 3d 975,985 (9th Cir. 2011) (policy should be applied with "extreme liberality").

The party that is sought to be joined, Airport Terminal Services, Inc. is a Missouri corporation with its principal place of business in Missouri, as such, joinder would not destroy the diversity of parties in this case which was removed from Arizona State court.

For the foregoing reasons, the parties respectfully request this Court to grant leave for Plaintiff to file a First Amended Complaint in the form annexed

hereto as Exhibit "A" showing by (**supplemental information in bold;** ~~deleted information shown by strikeouts~~) the changes from the original Complaint.

The parties further stipulate that Defendants Delta Air Lines, Inc.'s and Compass Airlines, LLC's original Answers filed in response to the Complaint shall apply in all respects to the First Amended Complaint.

DATED this  30th  day of October, 2017.

| **JONES │ RACZKOWSKI PC** | **CAMPBELL, YOST, CLARE & NORELL, P.C.** |
|---|---|
| /S/**RICHARD L. BARRETT** | /S/ **LAUREN E. EILER** |
| By Mack T. Jones<br>Richard L. Barrett<br>Attorneys for Plaintiff | By Stephen C. Yost<br>Lauren E. Eiler<br>Attorneys for Delta Air Lines, Inc. |

**SANDERS & PARKS, P.C.**

/S/ **JOEL FUGATE**

Mark G. Worischeck
Joel Fugate
Attorneys for Defendant Compass Airlines, LLC

## CERTIFICATE OF SERVICE

I certify that on October  30, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF systems for filing and transmittal of a Notice of Electronic Filling to the following CM/ECF registrants:

1  Stephen C. Yost
2  Lauren E. Eiler
   **CAMPBELL, YOST, CLARE & NORELL, P.C.**
3  3101 North Central Avenue, Suite 1200
   Phoenix, Arizona 85012
4  Attorneys for Defendant Delta Air Lines, Inc.
5
6  Mark G. Worischeck
   Joel Fugate
7  **SANDERS & PARKS, P.C.**
   3030 North Third Street, Suite 1300
8  Phoenix, Arizona 85012-3099
9  Attorneys for Defendant Compass Airlines, LLC

10 By: **/s/Aracely B. Phillips**