Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES|RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man;<br><br>Plaintiff;<br><br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc. a Missouri corporation;<br><br>Defendants. | **NO. CV-17-02056-PHX-JJT**<br><br>**ORDER [PROPOSED]**<br><br>(Assigned to The Honorable John J. Tuchi) |

Pursuant to Plaintiff's motion and for good cause:

IT IS HEREBY ORDERED that Plaintiff shall be permitted to file Plaintiff's First Amended Complaint pursuant to Rule 15(a), Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that Defendants Delta Air lines, Inc's and Compass Airlines, LLC's original Answers filed in response to the Complaint shall apply in all specifics to the First Amended Complaint.

IT IS FURTHER ORDERED that Plaintiff serve the First Amended Complaint within 60 days of this Order.

1

1
2        DATED this _____ day of September, 2017.
3
4                                          _____
5                                          The Honorable John J. Tuchi
                                           United States District Court
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27