Mack T. Jones (006369)
Richard L. Barrett (005631)
**JONES|RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man;<br><br>Plaintiff;<br><br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc. a Missouri corporation;<br><br>Defendants. | **NO. CV-17-02056-PHX-JJT**<br><br>**FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable John J Tuchi) |

Plaintiff Michael E. Memos alleges:

1. Plaintiff Michael E. Memos is a single man residing in Maricopa County, Arizona.

2. Defendant Delta Air Lines, Inc. is a Delaware corporation which caused an event to occur in Maricopa County, Arizona and is doing business in Maricopa County, Arizona.

3. Defendant Compass Airlines, LLC is a Delaware company doing business as Delta Connection on behalf of Defendant Delta Air Lines, Inc.

1  which caused an event to occur in the Maricopa County, Arizona and is doing
2  business in Maricopa County, Arizona.

3      4.   Defendant Airport Terminal Services, Inc. is a Missouri corporation
4  provided airline ground handling, including janitorial and other services at Sky
5  Harbor Airport for Defendants Delta Air Lines, Inc. and Compass Airlines, LLC,
6  which caused an event to occur in the Maricopa County, Arizona and is doing
7  business in Maricopa County, Arizona.

8      5.   On May 16, 2015, Defendant Delta Air Lines, Inc. and Defendant
9  Compass Airlines, LLC, operating on behalf of Defendant Delta Air Lines, Inc.,
10 were the possessors and operators of an airplane jet way at Sky Harbor Airport
11 being used for the boarding of passengers onto Defendant Delta Air Lines, Inc.
12 flight DL5715 from Phoenix, Arizona to Los Angeles, California operated on
13 behalf of Defendant Delta Air Lines, Inc. by Defendant Compass Airlines, LLC,
14 for whom Defendant Airport Terminals Services, Inc. provided airline ground
15 handling, including janitorial and other services.

16     6.   The actions, omissions and conduct giving rise to this cause of
17 action occurred in Maricopa County, Arizona, and this Court has subject matter
18 and personal jurisdiction. Venue is appropriate in Maricopa County pursuant to
19 A.R.S. §12-401.

20     7.   Defendants Delta Air Lines, Inc., Compass Airlines, LLC and
21 Defendant Airport Terminals Services, Inc. as the possessors and operators of
22 the airplane jet way at Sky Harbor Airport being used for the ingress of
23 passengers onto Defendant Delta Air Lines, Inc. flight DL5715 from Phoenix,
24 Arizona to Los Angeles, California operated on behalf of Defendant Delta Air
25 Lines, Inc. by Defendant Compass Airlines, LLC on May 16, 2015  had the
26

1 duty to maintain the jet way in reasonably safe condition for the benefit of invitees.

2. 8. On May 16, 2015 on the airplane jet way leading to Defendant Compass Airlines, LLC's airplane, Plaintiff was injured as a direct and proximate result of an unreasonably dangerous condition, specifically unmarked water or other fluid on the jet way floor as to which Defendants Delta Air Lines, Inc., Compass Airlines, LLC and Defendant Airport Terminals Services, Inc. had actual or constructive notice or were otherwise negligent in allowing to be present.

9. Defendant Airport Terminal Services, Inc. negligently created the dangerous condition during its cleaning and other janitorial services for Defendants Delta Air Lines, Inc. and Compass Airlines, LLC and failed to mark the jet-way floor with cones, wet floor signs or other warning devices, negligently failed to provide verbal or other cautionary instructions as to the presence of fluid on the jet-way floor, and negligently failed to take precautions so as to protect Plaintiff from injury.

10. As Plaintiff was walking along the airplane jet way and made the turn towards the airplane cabin where the flooring changed from carpet to a rubber type surface, Plaintiff's left foot slipped on unmarked water or other fluid on the floor which Plaintiff did not see causing Plaintiff to lose balance and fall to the floor sustaining injuries to his foot and ankle that required surgical repair.

11. Plaintiff has incurred health care expenses for treatment of the injuries caused by Defendants' negligence, and Plaintiff may continue to incur such expenses.

12. Plaintiff has incurred a loss of wages, earnings and earning capacity, and other benefits and/or opportunities because of the injuries caused by Defendants' negligence.

13. Plaintiff has experienced pain, discomfort, suffering, annoyance, mental and emotional distress, loss of enjoyment of life, and other types of general damage because of the injuries caused by Defendants' negligence, and Plaintiff may continue to experience such general damages in the future; the exact amount of Plaintiff's general damages is undetermined, but in excess of the jurisdictional minimum of this Court.

WHEREFORE, Plaintiff requests judgment against Defendants for reasonable compensatory damages in excess of this Court's jurisdictional minimum, taxable costs, and all other appropriate relief.

DATED this  30th  day of October, 2017.

**JONES│RACZKOWSKI PC**

/S/ **RICHARD L. BARRETT**

By Mack T. Jones
Richard L. Barrett
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2017 I electronically transmitted the foregoing document to the Clerk Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
syost@cycn-phx.com
leller@cycn-phx.com
lsainz@cycn-phx.com
cbenear@cycn-phx.com
syetter@cycn-phx.com
Attorneys for Defendant Delta Air Lines, Inc.

Mark G. Worischeck
Joel Fugate
**SANDERS & PARK, P.C.**
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
mark.worischeck@sandersparks.com
joel.fugate@sandersparks.com
peggy.bailey@sandersparks.com
shannon.berry@sandersparks.com
Attorneys for Defendant Compass Airlines, LLC

By: **/s/Aracely B. Phillips**