AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Michael E. Memos, a single man;

*Plaintiff(s)*

v.

Delta Air Lines, Inc, a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation;

*Defendant(s)*

Civil Action No. 21:17-cv-02056-JJT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Airport Termianl Services, Inc.
c/o CT Corporation Systems, Statutory Agent
3800 North Central Avenue, Suite 460
Phoenix, Arizona 85012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jones IRaczkowski
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*