NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E Memos, | No. CV-17-02056-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Delta Air Lines Incorporated, *et al.*, | |
| Defendants. | |

At issue is the Stipulated Motion to File First Amended Complaint (Doc. 34). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Stipulated Motion (Doc. 34). Plaintiff is permitted to file his First Amended Complaint pursuant to Rule 15(a), Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that Defendants Delta Air Lines, Inc's and Compass Airlines, LLC's original Answers (Docs. 2, 6) filed in response to the Complaint (Doc. 1) shall apply in all specifics to the First Amended Complaint (Doc. 36).

IT IS FURTHER ORDERED that Plaintiff serve the First Amended Complaint (Doc, 36) within 60 days of this Order.

Dated this 2nd day of November, 2017.

Honorable John J. Tuchi
United States District Judge