DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. # 121010

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

MICHAEL E. MEMOS

Plaintiff / Petitioner,

vs.

DELTA AIRLINES, INC.; et al.

Defendant / Respondent.

NO. 2:17-cv-02056-JJT
CERTIFICATE OF SERVICE

Geoffrey Roberts, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
SUMMONS, FIRST AMENDED COMPLAINT, ORDER, DEFENDANT DELTA AIR LINES, INC.'S NOTICE OF REMOVAL, COMPLAINT FROM MARICOPA COUNTY SUPERIOR COURT CASE CV2017-006126, CERTIFICATE OF NON-COMPULSORY ARBITRATION FROM MARICOPA COUNTY SUPERIOR COURT CASE CV2017-006126, CIVIL COVER SHEET FROM MARICOPA COUNTY SUPERIOR COURT CASE CV2017-006126

from **Mack Jones c/o Jones Raczkowski** on 11/2/17; that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** AIRPORT TERMINAL SERVICES, INC., c/o CT Corporation Systems

**DATE & TIME:** 11/2/17 3:33pm
**PLACE & MANNER:** 3800 N. CENTRAL AVENUE STE.460 PHOENIX, AZ 85012, which is his/her place of business. By serving Scott Whaley, Customer Service Representative, a person authorized to accept such service on their behalf, in person.

Description of the Named: Male, Age: 30's, Ht: 5' 9in., Wt: 190, Eyes: brown, Hair: black, Ethnicity: Hisp.

**Statement of Costs**
Services     $16.00
Mileage      $24.00
Sp. Handl.
Witness
Advances
Cert. Prep   $10.00
Other
Total        $50.00

Affiant - Registered in Maricopa County

ORIGINAL

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.