**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: (602) 257-7422
Facsimile: (602) 254-4878
James H. Marburger – #010359
jmarburger@gustlaw.com

**Attorneys for Defendant Airport Terminal Services, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Michael E. Memos, | No. 2:17-cv-02056-PHX-JJT |
|---|---|
| Plaintiff, | **DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S DEMAND FOR JURY TRIAL** |
| v. | |
| Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation; | |
| Defendants. | |

Defendant Airport Terminal Services, Inc. hereby demands a jury trial in the above-captioned matter on all issues so triable.

DATED this 22nd day of November, 2017.

                                  GUST ROSENFELD P.L.C.

                                  By *s/ James H. Marburger*
                                     James H. Marburger
                                     Attorneys for Defendant Airport
                                     Terminal Services, Inc.

JHM:tno 3123851.1 11/22/20177

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2017, I electronically transmitted the attached document to the Clerk's Office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mack T. Jones, Esq.
Richard L. Barrett, Esq.
Jones Raczkowski PC
2141 East Camelback Road, Suite 100
Phoenix, AZ  85016
*Attorneys for Plaintiff*

Stephen C. Yost, Esq.
Lauren E. Eiler, Esq.
Campbell, Yost, Clare & Norell, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ  85012
*Attorneys for Defendant Delta Air Lines, Inc.*

Mark G. Worischeck, Esq.
Joel Fugate, Esq.
Sanders & Park, P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ  85012
*Attorneys for Defendant Compass Airlines, LLC*

By: *s/ Terri Oliver*

JHM:tno  3123851.1  11/22/20177