**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: (602) 257-7422
Facsimile: (602) 254-4878
James H. Marburger – #010359
jmarburger@gustlaw.com

**Attorneys for Defendant Airport Terminal Services, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos,<br><br>    Plaintiff,<br><br>    v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation;<br><br>    Defendants. | No. 2:17-cv-02056-PHX-JJT<br><br>**DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Airport Terminal Services, Inc. in compliance with the provisions of:

  __X__  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly

JHM:tno 3123092.1 11/22/20177

1

held corporation that owns 10% or more of its stock or states there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

  X   No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

_____ Relationship_____

____ Other (please explain)

_____

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 22nd day of November, 2017.

GUST ROSENFELD P.L.C.

By *s/ James H. Marburger*
  James H. Marburger
  Attorneys for Defendant Airport Terminal Services, Inc.

JHM:tno  3123092.1  11/22/20177

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2017, I electronically transmitted the attached document to the Clerk's Office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mack T. Jones, Esq.
Richard L. Barrett, Esq.
Jones Raczkowski PC
2141 East Camelback Road, Suite 100
Phoenix, AZ  85016
*Attorneys for Plaintiff*

Stephen C. Yost, Esq.
Lauren E. Eiler, Esq.
Campbell, Yost, Clare & Norell, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ  85012
*Attorneys for Defendant Delta Air Lines, Inc.*

Mark G. Worischeck, Esq.
Joel Fugate, Esq.
Sanders & Park, P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ  85012
*Attorneys for Defendant Compass Airlines, LLC*

By: *s/ Terri Oliver*

JHM:tno  3123092.1  11/22/20177