Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man; | **NO. CV-17-02056-PHX-JJT** |
| Plaintiff; <br> v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, Inc., a Delaware corporation doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation; Does I - V; | (Assigned to the Honorable John J Tuchi) |
| Defendants.. | |

Notice is hereby given that Plaintiff on this date is filing Plaintiff's Responses to Defendants Compass Airlines, LLC's. Request for Production of Documents and Plaintiff's Answers to Defendants Compass Airlines, LLC's Interrogatories via email and U.S. Mail.

. . .

. . .

. . .

RESPECTFULLY SUBMITTED this 14th day of December, 2017.

**JONES│RACZKOWSKI PC**

/s/ **Richard L. Barrett**

By Mack T. Jones
Richard L. Barrett
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on December 14, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF systems for filing and transmittal of a Notice of Electronic Filling to the following CM/ECF registrants:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
syost@cycn-phx.com
leller@cycn-phx.com
lsainz@cycn-phx.com
cbenear@cycn-phx.com
syetter@cycn-phx.com
Attorneys for Defendant Delta Air Lines, Inc.

1  Mark G. Worischeck
2  Joel Fugate
   **SANDERS & PARK, P.C.**
3  3030 North Third Street, Suite 1300
4  Phoenix, Arizona 85012-3099
   mark.worischeck@sandersparks.com
5  joel.fugate@sandersparks.com
6  peggy.bailey@sandersparks.com
   shannon.berry@sandersparks.com
7  Attorneys for Defendant Compass Airlines, LLC
8
9  James H. Marburger
   **Gust Rosenfeld, PLC**
10 One East Washington Street, Suite 1600
   Phoenix, AZ 85004
11 Jmarburger@gustlaw.com
12 Attorneys for Defendant Airport Terminal Services, Inc.

13 By: **/s/Aracely B. Phillips**

::ODMA\MHODMA\CENTRAL;iManage;437425;1

3