1  Stephen C. Yost – 011149
2  Lauren E. Eiler – 007378
   CAMPBELL, YOST, CLARE & NORELL, P.C.
3  3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
4  (602) 322-1600
   (602) 322-1604 - fax
5  syost@cycn-phx.com
6
7  *Attorneys for Defendant Delta Air Lines, Inc.*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

10 | MICHAEL E. MEMOS,                    | NO.  2:17-cv-02056-MHB
11 |                                      |
12 |                 Plaintiff,           | **DEFENDANT DELTA AIR**
                                            **LINES' <u>SIXTH</u>**
13 | vs.                                  | **<u>SUPPLEMENTAL</u> RESPONSES**
                                            **TO MANDATORY INITIAL**
14 | DELTA AIR LINES INC.; COMPASS        | **DISCOVERY REQUESTS**
   | AIRLINES, INC.,                      |
15 |                                      | **Trial Date:  None**
16 |                 Defendants.          | **Complaint Filed:  May 12, 2017**
                                            **Removal Filed:  June 27, 2017**
17

18      Defendant Delta Air Lines (hereinafter "Delta"), by and through its attorney of

19 record, Campbell, Yost, Clare & Norell, P.C., hereby provides the following

20 **Supplemental** Responses to Mandatory Initial Discovery Requests pursuant to this

21 Court's General Order 17-08, issued on June 27, 2017.   **(Additions in bold and**

22 **underlined.)**

23                  **PRELIMINARY STATEMENT**

24      These responses are made solely on behalf of Delta and no other party or entity.

25 These responses are made solely for the purpose of this action and not for any other

26

action.  Delta has not completed its investigation of the facts relating to this case, has not completed its discovery in this action and has not completed its preparation for trial. The following responses are, therefore, based upon information presently available to Delta and are made without prejudice to its right to utilize at trial subsequently discovered facts, witnesses, documents and/or things.  It is anticipated that further discovery and investigation will reveal additional information and documents responsive to these requests.  Delta reserves its right to supplement these responses and document production when new or additional information or documents are revealed or identified.  These responses do not constitute an admission that the information and documents disclosed are relevant, authentic and/or admissible.

**RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS**

**REQUEST NO. 1:**

State the names and, if known, the addresses and telephone numbers of all persons who you believe are likely to have discoverable information relevant to any party's claims or defenses, and provide a fair description of the information each such person is believed to possess.

**RESPONSE TO REQUEST NO. 1:**

| Name | Address & Telephone No. | Nature of Information |
|---|---|---|
| Michael E. Memos | c/o Mack T. Jones Jones/Raczkowski PC 2141 East Camelback Road, Suite 100 Phoenix, AZ 85016 (602) 842-6297 | Details of alleged incident; allegations in plaintiff's complaint, including damages claimed; plaintiff's alleged medical treatment and expenses incurred due to the alleged incident; plaintiff's health and medical and plaintiff's employment history |
| Employees of Delta Air | c/o Stephen C. Yost | Details of the alleged |

| | | |
|---|---|---|
| Lines, Inc., including, but not limited to Richard Cherubini and James Hunt | Campbell, Yost, Clare & Norell, PC 3101 North Central Ave., Ste. 1200 Phoenix, AZ 85012 (602) 322-1600 | incident; details of agreements with other parties, vendors and airport facilities regarding support, operation and maintenance of equipment and facilities |
| Employees of Compass Airlines, LLC | c/o Mark G. Worischeck Joel T. Fugate Sanders & Parks, PC 3030 North Third Street, Suite 1300 Phoenix, AZ 85012-3099 (602) 532-5795 (Worischeck) (602) 532-5613 (Fugate) | Details of the alleged incident; details of agreements with other parties, vendors and airport facilities regarding support, operation and maintenance of equipment and facilities |
| Michael E. Memos medical care providers, including those previously identified by plaintiff and any past and future medical providers yet to be identified | TBD | Details of alleged incident; allegations in plaintiff's complaint, including damages claimed; plaintiff's alleged diagnosis, prognosis, medical treatment and expenses incurred due to the alleged incident; plaintiff's health and medical history; plaintiff's pre-existing conditions relevant to the injuries allegedly sustained in the incident and their diagnosis, treatment and prognosis prior to the incident |
| Employees of Airport Terminal Services, Inc. | TBD | Details of the alleged incident; details of agreements with parties, vendors and airport facilities regarding support, operation and maintenance of equipment and facilities |
| Additional witnesses | Unknown | TBD |

| | | |
|---|---|---|
| previously identified and yet to be identified by plaintiff | | |
| Additional witnesses previously identified and yet to be identified by Compass Airlines, LLC | Unknown | TBD |

**REQUEST NO. 2:**

State the names and, if known, the addresses and telephone numbers of all persons who you believe have given written or recorded statements relevant to any party's claims or defenses.  Unless you assert a privilege or work product protection against disclosure under applicable law, attach a copy of each such statement if it is in your possession, custody, or control.  If not in your possession, custody, or control, state the name and, if known, the address and telephone number of each person who you believe has custody of a copy.

**RESPONSE TO REQUEST NO. 2:**

Statements regarding the alleged incident were provided by Delta employees in anticipation of litigation and are covered by the attorney client privilege and/or work product protection. Discovery in this litigation is not yet complete and Delta's investigation of the facts relating to this case is continuing.  Accordingly, Delta reserves the right to supplement this response should additional, relevant information become known.

See also plaintiff's statements regarding his claims in the medical records.

See attached Delta Airlines incident report.

**REQUEST NO. 3:**

List the documents, electronically stored information ("ESI"), tangible things, land, or other property known by you to exist, whether or not in your possession, custody or control, that you believe may be relevant to any party's claims or defenses.

To the extent the volume of any such materials makes listing them individually impracticable, you may group similar documents or ESI into categories and describe the specific categories with particularity.    Include in your response the names and, if known, the addresses and telephone numbers of the custodians of the documents, ESI, or tangible things, land, or other property that are not in your possession, custody, or control, you may produce them with your response, or make them available for inspection on the date of the response, or make them available for inspection on the date of the responses, instead of listing them.    Production of ESI will occur in accordance with paragraph C.2 below.

**RESPONSE TO REQUEST NO. 3:**

Delta incorporates by reference all documents identified and produced, and to be identified and produced, by plaintiff and Compass Airlines, LLC in connection with their responses to the mandatory initial discovery requests.    In addition to those documents, Delta identifies the following documents, ESI, tangible things, land, or other property listed below.

| Number | Description |
|---|---|
| 1 | Terminal 3, Sky Harbor International Airport premises |
| 2 | Delta Connection Agreement by and among Compass Airlines, Inc., Trans States Holdings, Inc. and Delta Air Lines, Inc., dated as of July 1, 2010 with exhibits A-D |
| 3 | Airport Services Master Agreement between Airport Terminal Services, Inc. and Delta Air Lines, Inc. as of December 5, 2008,  with exhibits A and B, as amended and Airport Annex Phx.1, Rev. 10-12-12 |
| 4 | Photographs of area where alleged incident occurred. |
| 5 | Plaintiff's medical records, details unknown at this time. |
| 6 | Plaintiff's ticket and other flight documentation |
| 7 | Delta Airlines incident report. |
| 8 | Plaintiff Michael Memos' medical records from Elevate Chiropractic (bates EC 001 - 022 cycn). |
| 9 | Plaintiff Michael Memos' medical and billing records from SurgCenter at Pima Crossing (bates SCPC 001 – 016 cycn) |

| 10 | Plaintiff Michael Memos' medical and billing records from Arthritis Health (bates ArthritisHlth 001 – 050 cycn) |
|----|---|
| 11 | Plaintiff Michael Memos' medical and billing records from Sobel Spine & Sports (bates Sobel 001 – 022 cycn) |
| 12 | Plaintiff Michael Memos' medical and billing records from Sonora Quest Laboratories (SQL 001 – 060 cycn) |
| 13 | Plaintiff Michael Memos' medical records from Ironwood Cancer & Research Centers (ICRC 0001 – 0040 cycn) |
| 14 | Plaintiff Michael Memos' medical and billing records from Arizona Eye Specialists (AES 001 – 082 cycn) |
| 15 | Plaintiff Michael Memos' medical and billing records from Ortho Arizona/AZ Bone & Joint (OrthoAZ 001 – 012 cycn) |
| 16 | Plaintiff Michael Memos' billing records from Four Peaks Neurology (FPN 001 – 004 cycn) |
| 17 | Plaintiff Michael Memos' medical and billing records from HonorHealth – Patrick M. Knowles, MD (Knowles 001 – 047 cycn) |
| 18 | Plaintiff Michael Memos' medical and billing records from Ideal Physical Therapy (IdealPT 001 – 059 cycn) |
| 19 | Plaintiff Michael Memos' medical records from Four Peaks Neurology (FPN 005 – 030 cycn) |
| **20** | **Plaintiff Michael Memo's medical records from American Foot & Ankle Specialists (AFAS 001 – 007 cycn)** |
| **21** | **Plaintiff Michael Memo's medical records from Valley Radioloyist/Southwest Diagnostic Imaging/Scottsdale Medical Imaging (SDI 001 – 011 cycn)** |
| **22** | **Plaintiff Michael Memo's imaging studies from Valley Radiologists/Southwest Diagnostic Imaging/Scottsdale Medical Imaging (on CD)** <br> **09/15/16 Knee 3 views bilateral** <br> **09/15/16 Foot 2 views bilateral** <br> **09/15/16 Sacroiliac joints** <br> **09/15/16 Knees AP standing** <br> **09/15/16 Hand 2 views bilateral** |

Discovery in this litigation is not yet complete and Delta's investigation of the facts relating to this case is continuing.  Accordingly, Delta reserves the right to supplement this response should additional, relevant information become known.

**REQUEST NO. 4:**

1    For each of your claims or defenses, state the facts relevant to it and the legal
2    theories upon which it is based.
3    **RESPONSE TO REQUEST NO. 4:**
4    Delta incorporates by reference each and every affirmative defense included in
5    its answer to plaintiff's complaint, filed on June 27, 2017.
6    Delta's investigation of the facts relating to this case is in its initial stages and, at
7    this time, there is limited information available to Delta from which to evaluate the
8    allegations included in plaintiff's complaint.  Upon information and belief, on or about
9    May 16, 2015, plaintiff fell on a jet way at Terminal 3, Sky Harbor International Airport
10   as he was preparing to board Delta Flight 5715 from Phoenix to Los Angeles which was
11   being operated by Compass Airlines, with a connection from Los Angeles to
12   Sacramento.
13   It is Delta's position that plaintiff's alleged injuries were not proximately caused
14   by negligence on Delta's part.  Further investigation may reveal that plaintiff's alleged
15   injuries were proximately caused by the contributory negligence of plaintiff or due to
16   the acts or omissions of others over which Delta had not control, including other parties
17   or non-parties.   Further investigation may reveal that the injuries or damages alleged in
18   the complaint were directly and proximately caused or contributed to by risks that
19   plaintiff actually knew or should have known and which plaintiff voluntarily and
20   knowingly assumed.
21   Further investigation may reveal that Delta was not on notice of any unsafe or
22   unreasonably dangerous condition, that the condition complained of was open and
23   obvious to plaintiff and was not unreasonably dangerous.  Further investigation may
24   reveal that plaintiff has failed to mitigate his damages.
25
26   / / /

- 7 -

**REQUEST NO. 5:**

Provide a computation of each category of damages claimed by you, and a description of the documents or other evidentiary material on which it is based, including materials bearing on the nature and extent of the injuries suffered. You may produce the documents or other evidentiary materials with your response instead of describing them.

**RESPONSE TO REQUEST NO. 5:**

Delta is not alleging damages, but reserves its right to request that the Court award attorneys' fees and costs associated with Delta's defense of this action.

**REQUEST NO. 6:**

Specifically identify and describe any insurance or other agreement under which an insurance business or other person or entity may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse a party for payments made by the party to satisfy the judgment. You may produce a copy of the agreement with your response instead of describing it.

**RESPONSE TO REQUEST NO. 6**

Delta has sufficient insurance coverage to cover any settlement or judgment in this action. See also Delta Connection Agreement by and among Compass Airlines, Inc., Trans States Holdings, Inc. and Delta Air Lines, Inc., dated as of July 1, 2010 with exhibits A-D and Airport Services Master Agreement between Airport Terminal Services, Inc. and Delta Air Lines, Inc. as of December 5, 2008, with exhibits A and B, as amended and Airport Annex Phx.1, Rev. 10-12-12.

////

////

////

////

DATED this 18th day of December, 2017.

CAMPBELL, YOST, CLARE & NORELL, P.C.

By_____
Stephen C. Yost
Lauren E. Eiler
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
*Attorneys for Defendant Delta Air Lines, Inc.*

COPIES of the foregoing mailed this
18th day of December, 2017, to:

Mack T. Jones, Esq.
Jones|Raczkowski PC
2141 East Camelback Road, Suite 100,
Phoenix, AZ 85016
Attorneys for Plaintiff

Mark G. Worischeck, Esq.
Joel T. Fugate, Esq.
SANDERS & PARKS, P.C.
3030 N. Third Street, #1300
Phoenix, AZ 85012
Attorneys for Defendant Compass Airlines, LLC

By:_____

- 9 -

08-NOV-17    15:19    FROM=American Foot and Ankle    4804891791    T-721  P.002/007  F-209



| A M E R I C A N | Michael B. Stegman, D.P.M. | 10900 N. Scottsdale Rd., Ste. 101, Scottsdale | (480) 483-9000 |
| Foot & Ankle Specialists | John T. Erotas, D.P.M. | 9421 W. Bell Road, Suite 105, Sun City | (623) 977-8388 |

Patient's Name: _Michael Memos_    Chart Number: _16-017_

| Date | Progress notes |
|------|----------------|
| JAN 14 2016 | Faxed HEP to Dr. Arlen |
| JAN 26 2016 | pt picked up copy of records |
| FEB 03 2016 | pt picked up Rx for Lortab 10/325 #40 per Dr. Stegman this is last refill he can do for this |
| NOV 18 2016 | Faxed records & billing to Jones/Raczkowski @ fax # 602-540-0425 per request (ok per mes) |

AFAS 001 cycn

# AMERICAN
# Foot & Ankle Specialists

Michael B. Stegman, D.P.M. | 10900 N. Scottsdale Rd # 101, Scottsdale, AZ  480.483.9000
John T. Erotas, D.P.M. | 9421 W. Bell Road # 105, Sun City, AZ    623.977.8388

Patient's Name: **Michael Memos**    Chart Number: **16-017**    Date: **JAN 1 1 2016**

**X-ray Findings:**

Dorsal Exostosis 1ˢᵗ MT Ⓑ
Very early degeneration of 1ˢᵗ MPJ Ⓑ
No thinning of joint space 1ˢᵗ MPJ Ⓑ

**Diagnostic Impressions:**

Hallux Rigidus Ⓑ
Dorsal Exostosis Ⓑ
Equinus

**Treatment Plans:**

① Xrays AP/LAT 1 w Ⓑ foot. Standing
② Discussed above c̄ pt.
③ Rec: Bunionectomy by arthroplasty, ch wз
    ho Orthotics, ch wз
    Achilles Tendon stretches Ⓑ instructed.
④ RTO when he decides how he wishes to
    proceed.

Physician's Signature: _M. Stegman DPM_    Date: 1/11/2016

AFAS 002 cycn

08-NOV-17   15:19   FROM=American Foot and Ankle              4804831791           T-721  P.004/007  F-200

# AMERICAN Foot & Ankle Specialists

Michael B. Stegman, D.P.M. | 10900 N. Scottsdale Rd # 101, Scottsdale, AZ  480.483.9000
John T. Erotas, D.P.M.      | 9421 W. Bell Road # 105, Sun City, AZ      623.977.8388

Patient's Name: __Michael Memos__   Chart Number: __16-017__   Date: __Jan 1 1 2016__

**PRESENT MEDICAL HISTORY:**   B/P: _____ / _____   HT: _____   WT: _____   PULSE: _____

C/C: (number if more than one)   (L) foot growth

HISTORY OF THIS C/C: (Location, Quality, Severity, Timing, Context/When, Modifying Factors, Associated Signs and Symptoms)

Pt fell in may and injured the nerves in his leg. Pt has neuropathy and numbness in feet. He has a boney growth on the top of his (L) big toe joint. Hurts when wearing shoes

DURATION: Couple months

PREVIOUS TREATMENT (Prescribed or OTC): MRI done

## PODIATRIC PHYSICAL EXAMINATION:

**VASCULAR EXAMINATION:**

| PULSES | RIGHT | LEFT |
|--------|-------|------|
| DP | 2 | 2 |
| PT | 2 | 2 |

(NORMAL = 2/4)

|  | NONE | RIGHT | LEFT |
|--|------|-------|------|
| Cyanosis | ☑ | ☐ | ☐ |
| Edema (generalized) | ☐ | ☐ | ☐ |
| Varicosities | ☑ | ☐ | ☐ |
| Clubbing | ☑ | ☐ | ☐ |
| Telangectasia | ☑ | ☐ | ☐ |

Capillary filling time  ☑ WNL    R / L          Delayed: (sec) _____ R _____ L
Temperature gradient   ☐ WNL    R / L          Abnormal: _____ R _____ L

**NEUROLOGICAL EXAMINATION:**

| DTR | RIGHT | LEFT |
|-----|-------|------|
| PATELLAR |  |  |
| ACHILLES |  |  |

(Normal = 3/5)

Babinski:   ☑ down-going  R / L       ☐ up-going   R / L
Clonus:     ☑ not elicited  R / L       ☐ present    R / L
Sensorium:  ☐ WNL R / L  ☑ diminished R / L  ☑ absent R / L
Vibration:  ☑ WNL R / L  ☐ diminished R / L  ☐ absent R / L
Semmes-Weinstein 5.07:   ☐ WNL    R    L    B
                         ☐ absent Rt: 1 2 3 4 5   Arch   Heel
                         ☐ absent Lt: 1 2 3 4 5   Arch   Heel

Plantar Dorsally Hactor error

AFAS 003 cycn

# A M E R I C A N
# Foot & Ankle Specialists

Michael B. Stegman, D.P.M. | 10900 N. Scottsdale Rd #101, Scottsdale, AZ 480.483.9000
John T. Erotas, D.P.M. | 9421 W. Bell Road # 105, Sun City, AZ    623.977.8388

## HISTORY & PHYSICAL EXAMINATION

Patient's Name: **Michael Memos**    Chart Number: **16-017**    Date: **JAN 1 1 2016**

### MEDICAL HISTORY

| | YES | NO | | YES | NO | | YES | NO |
|---|---|---|---|---|---|---|---|---|
| Diabetes | ☐ | ☒ | Hepatitis | ☐ | ☒ | Delayed Healing | ☐ | ☒ |
| High Blood Pressure | ☐ | ☒ | Chemical Dependency | ☐ | ☒ | Stomach Ulcers | ☐ | ☒ |
| Circulatory Problems | ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | Bleeding Disorders | ☐ | ☒ |
| Heart Disease | ☐ | ☒ | Phlebitis / Blood Clots | ☐ | ☒ | Prone to Infection | ☐ | ☒ |
| Lung Disease | ☐ | ☒ | Thyroid Disease | ☐ | ☒ | HIV Positive | ☐ | ☒ |
| Liver Disease | ☐ | ☒ | Joint Replacement | ☐ | ☒ | Cancer | ☐ | ☒ |
| Kidney Problems | ☐ | ☒ | Artificial Heart Valves | ☐ | ☒ | Chest Pain | ☐ | ☒ |
| Arthritis | ☐ | ☒ | Shortness of Breath | ☐ | ☒ | Back Problems | ☐ | ☒ |
| Gout | ☐ | ☒ | Stroke | ☐ | ☒ | Metal vascular clips | ☐ | ☒ |

Additional: _____

### FAMILY AND SOCIAL HISTORY:

Do you smoke? ☐ YES ☒ NO    Daily usage _____ PPD,    Years? _____
Do you drink alcohol? ☒ YES ☐ NO    Daily usage **Occasionally**

Does any one in your family (i.e., parents, grandparents, siblings, or your children) have?:
Diabetes ☐ YES ☒ NO    Foot or leg problems ☐ YES ☒ NO
Cancer ☐ YES ☒ NO    Rheumatoid Arthritis ☐ YES ☒ NO

### ALLERGIES: ☒ NO KNOWN ALLERGIES    (if positive, list associated problems)

| | YES | NO |
|---|---|---|
| Iodine | ☐ | ☒ |
| Local Anesthesia | ☐ | ☒ |
| Tape | ☐ | ☒ |

### CURRENT MEDICATIONS: (Drug, dose, & doctor)

**None**

### SURGICAL HISTORY: (Procedure, doctor, & any complications)

**4-5 years ago - Nose - no comp**

Dr. Initials: MBS    Date: 1/11/16

AFAS 004 cycn

08-NOV-17   15:20   FROM-American Foot and Ankle          4804831791          T-721   P.006/007   F-200

# AMERICAN
# Foot & Ankle Specialists

Michael B. Stegman, D.P.M. | 10900 N. Scottsdale Rd # 101, Scottsdale, AZ  480.463.9000
John T. Erotas, D.P.M.      | 9421 W. Bell Road # 105, Sun City, AZ        623.977.8388

Patient's Name: __Michael Memos__     Chart Number: __16-017__     Date: __JAN 1 1 2016__

## ORTHOPEDIC EXAMINATION:

Muscle Power:   ☒  5/5, equal muscle mass, tone and power, bilateral

                ☐  _____

Gait Cycle: Right: ☐ pronated  ☐ supinated  ☐ rectus  ☐ antalgic  ☐ Genu Varum  ☐ Genu Valgum
            Left:  ☐ pronated  ☐ supinated  ☐ rectus  ☐ antalgic  ☐ Genu Varum  ☐ Genu Valgum

Joint ROM: _____

### BIOMECHANICAL:

|                | RF | LT. |                   | RT | LF |                            | RT | LF |
|----------------|----|-----|-------------------|----|----|----------------------------|----|----|
| Rearfoot Varus | ☐  | ☐   | Rearfoot Valgus   | ☐  | ☐  | Hallux Valgus              | ☐  | ☐  |
| Forefoot Varus | ☐  | ☐   | Forefoot Valgus   | ☐  | ☐  | Plantarflexed 1st MT       | ☐  | ☐  |

Hammertoe:        Right:   1      2      3      4      5
                  Left:    1      2      3      4      5

## DERMATOLOGIC EXAMINATION:

Hair:  RT: ☐ WNL  ☒ Sparse  ☐ Absent
       LF: ☐ WNL  ☒ Sparse  ☐ Absent

Skin:  RT: ☒ WNL  ☐ Xerosis  ☐ Trophic Changes  ☐ Sub-dermal Atrophy
       LF: ☒ WNL  ☐ Xerosis  ☐ Trophic Changes  ☐ Sub-dermal Atrophy

Nails:
RT  1: ☒ WNL  ☐ Ingrown  Bilateral  Medial  Lateral  ☐ Thick  ☐ Mycotic  ☐ Dystrophic  ☐ Long
    2: ☒ WNL  ☐ Ingrown  Bilateral  Medial  Lateral  ☐ Thick  ☐ Mycotic  ☐ Dystrophic  ☐ Long
    3: ☒ WNL  ☐ Ingrown  Bilateral  Medial  Lateral  ☐ Thick  ☐ Mycotic  ☐ Dystrophic  ☐ Long
    4: ☒ WNL  ☐ Ingrown  Bilateral  Medial  Lateral  ☐ Thick  ☐ Mycotic  ☐ Dystrophic  ☐ Long
    5: ☒ WNL  ☐ Ingrown  Bilateral  Medial  Lateral  ☐ Thick  ☐ Mycotic  ☐ Dystrophic  ☐ Long

LF  1: ☒ WNL  ☐ Ingrown  Bilateral  Medial  Lateral  ☐ Thick  ☐ Mycotic  ☐ Dystrophic  ☐ Long
    2: ☒ WNL  ☐ Ingrown  Bilateral  Medial  Lateral  ☐ Thick  ☐ Mycotic  ☐ Dystrophic  ☐ Long
    3: ☒ WNL  ☐ Ingrown  Bilateral  Medial  Lateral  ☐ Thick  ☐ Mycotic  ☐ Dystrophic  ☐ Long
    4: ☒ WNL  ☐ Ingrown  Bilateral  Medial  Lateral  ☐ Thick  ☐ Mycotic  ☐ Dystrophic  ☐ Long
    5: ☒ WNL  ☐ Ingrown  Bilateral  Medial  Lateral  ☐ Thick  ☐ Mycotic  ☐ Dystrophic  ☐ Long

ADDITIONAL FINDINGS: (1) Cannot dorsiflex foot (R) beyond 90° with knee extended & approx 5° with knee flexed

(2) Dorsal Exostosis 1st MCH (R) foot

(3) Hallux limited ROM with foot relaxed & no dorsiflexion with foot loaded

AFAS 005 cycn

08-NOV-17   15:20   FROM=American Foot and Ankle          4804931791          T-721  P.007/007  F-200

MRN:
Michael Stegman DPM
10900 N Scottsdale R
Scottsdale, AZ 85254-5222
(480) 483-9000
860671391

Patient:   -34301
      Michael Memos

(480) 766-2919

Primary Insurance:
No effective primary insurance.
Co Pay:

Secondary Insurance:
No effective secondary insurance.

Appt Date:  01/11/2016
Appt Time:  02:30 PM
Referred by

*Muti' lal*
*ppo*

**Total Balance:**   $0.00  **Patient Balance:**   $0.00   **Patient Owes:**   $0.00   **Insurance Balance** 120184   $0.00

| DESCRIPTION | 1-6 | CODE | FEE | | DESCRIPTION | 1-6 | CODE | RT | LT | Q8 | Q9 | FEE | | Referring Dr: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Patient E/M | | | | | ASO & Diabetic Care | Z79.02 (anticoag) | | | | | | | | |
| OV Focused | | 99201 | | | Debride Non-Dystrophic Nails | | 117:9 | | | | | | | |
| OV Expanded | | 99202 | | | Debride # 1-5 | | 11720 | | | | | | | |
| OV Detailed | | 99203 | | | Debride # 6-10 | | 11721 | | | | | | | |
| OV Mod Complicated | | 99204 | | | Paring # 1 | | 11056 | | | | | | | |
| Established Patient E/M | | | | | Paring # 2-4 | | 11056 | | | | | | | |
| OV Minimal | | 99211 | | | Paring # > 4 | | 11057 | | | | | | | Last visit date with |
| OV Focused | | 99212 | | | Incision & Drainage | | | | | | | | | referring doctor: |
| OV Expanded | | 99213 | | | Abscess, Simple | | 10060 | | | | | | | |
| OV Detailed | | 99214 | | | Abscess, Complex / Multiple | | 10061 | | | | | | | |
| Consultation | | | | | Remove Foreign Body, Simple | | 10120 | | | | | | | |
| Consult, Expand Str | | 99242 | | | I & D Hematoma | | 10140 | | | | | | | |
| Consult, Detail | | 99243 | | | Puncture abscess / hema / cyst | | 10160 | | | | | | | |
| Consult, Moderate | | 99244 | | | Chemo Cautery XS Gran | | 17250 | | | | | | | |
| Extended OV | | +99354 | | | Injections | | | | | | | | | |
| POV | N/C | -GY | | | Inject, 1 tend sheath / lig / aponeuro | | 20550 | | | | | | | |
| | | | | | Inject, 1 tend origin / insertion | | 20551 | | | | | | | |
| X-Rays | | | | | Inject, 1 or 2 trigger pts musc | | 20552 | | | | | | | |
| Foot 3   R   L   B | | 73630 | | | Inject, 3 + trigger pts musc | | 20553 | | | | | | | |
| Foot 2   R   L   B | | 73620 | | | Arthrocent, Sm Jt / Bursa | | 20600 | | | | | | | |
| Ankle 3  R   L   B | | 73610 | | | Arthrocent, Int Jt / Bursa | | 20605 | | | | | | | |
| Ankle 2  R   L   B | | 73600 | | | Aspirate / Inject Ganglion | | 20612 | | | | | | | |
| Stress    R   L   B | | 73006 | | | Injection, Nerve | | | | | | | | | |
| Ultrasound | | | | | Nerve Block, Therapeutic | | 64450 | | | | | | | |
| Dx U/S   R   L   B | | 76882 | | | Sclerosing Injection | | 64632 | | | | | | | Send notes to PCP |
| Dx U/S F/U R L B | | | | | Steroid Injection, IMS | | 64455 | | | | | | | & Dr: |
| Injection Guidance | | 76942 | | | Nail Procedures | | | | | | | | | |
| Electronic Rx | | G8553 | | | Avulsion Part / Comp | | 11730 | | | | | | | Left Hallux   TA |
| | | | | | Avulsion Part / Comp @ add'l | | 11732 | | | | | | | Left 2nd   T1 |
| Amerigel | | | | | Hematoma Subungual | | 11740 | | | | | | | Left 3rd   T2 |
| Ankle Stirrup Brace/A60 | | | | | Matrixectomy | | 11750 | | | | | | | Left 4th   T3 |
| Budin Splint | | | | | Orthopedic | | | | | | | | | Left 5th   T4 |
| Clear Step De-Odorizer | | | | | Orthotics | | L3000 | | | | | | | Right Hallux  T5 |
| Crest Pad | | | | | ROM Study @ L.E. | | 95851 | | | | | | | Right 2nd   T6 |
| Easy Wrap | | | | | Negative Impression | | S0390 | | | | | | | Right 3rd   T7 |
| Epifix  Q4131 x | | 15275 | | | Night Splint | | L4396 | | | | | | | Right 4th   T8 |
| Formula 3 | | | | | Pneumatic ROM Walker | | L2116 | | | | | | | Right 5th   T9 |
| Footsteps | | | | | Darby Shoe | | L3260 | | | | | | | |
| Hammertoe Gel Sleeve | | | | | Dr Comfort shoes | | 99070 | | | | | | | WIP |
| Heel Spur Gel Pads | | | | | FootStep Insole - Pair | | 99070 | | | | | | | |
| Kalassy Ankle Brace | | | | | Rx Orthotic Sandals | | 99070 | | | | | | | Next Appointment: |
| Nail Polish | | | | | Skin lesions | | | | | | | | | |
| Night Splint | | | | | Exc Ben Les 0.5 cm | | 11420 | | | | | | | |
| Oasis < 1cm | | J7341 | | | Exc Ben Les 0.6 - 1 cm | | 11421 | | | | | | | |
| Silipos-8 Gel Insole | | | | | Exc Ben Les 1.1-4 cm | | 11422 | | | | | | | D  W  M  PRN |
| | | | | | Des Ben Les 1-14 Warts | | 17110 | | | | | | | |
| Charges:  MC  Visa  Cash  Check #: | | | | | Des Ben Les 15+ Warts | | 17111 | | | | | | | |
| Today's Charges | | | | | Ulcer Care | | | | | | | | | |
| Patient Balance | | | | | Debride Infection | | 11000 | | | | | | | Minutes |
| Insurance Balance | | | | | Debride Subq < 20 sq cm | | 11042 | | | | | | | |
| Total Unpaid Charges | | | | | Debride Subq > 20 sq cm | | +11045 | | | | | | | |
| Today's Payment | | | | | Debride Fasc/Musc < 20sq cm | | 11043 | | | | | | | |
| New Balance | | | | | Debride Fasc/Musc > 20sq cm | | +11046 | | | | | | | |
| | | | | | Debride Bone < 20 sq cm | | 11044 | | | | | | | Dr Initials |

AFAS 006 cycn

08-NOV-17    15:10    FROM-American Foot and Ankle                4804831791            T-721   P.001/007   F-200

Nov.  6.  2017  9:46AM                                                                  No. 5090   P.  1/4

# CAMPBELL, YOST, CLARE & NORELL, P.C.

3101 N Central Avenue — Suite 1200
Phoenix, Arizona 85012
Phone: (602) 322-1600
Fax: (602) 252-4431

## FACSIMILE TRANSMITTAL SHEET

Sender's Name:  Sandra Yetter                    Sender's Direct Line: 602-322-1620

File No.:    92009.051                           Date: November 6, 2017

☐ The original is being mailed.                  X    The original is not being mailed.

Total Number of Pages (Including Cover Page)  4

| RECIPIENT | COMPANY | FACSIMILE NO. |
|---|---|---|
| Medical Records Dept. | American Foot & ankle Specialists | 480-483-1791 |
| | | |
| | | |
| | | |
| | | |

☐ URGENT                ☐ FOR REVIEW                ☐ PLEASE REPLY

NOTES/COMMENTS:

Re:  Michael Memos, DOB 08/01/1964

To Whom It May Concern:

As requested, attached is the request for medical records previously sent 09/06/2017.

Sincerely,
Sandra Yetter

The information contained in this fax message is privileged and confidential information intended only for the use of the recipient named above.  If the reader of this fax message is not the intended recipient, or the employee or agent responsible to deliver same to the intended recipient, you are hereby on notice that you are in possession of confidential and privileged information. Any copying or distribution of this information is strictly prohibited.  You will immediately notify sender by telephone of your inadvertent receipt and return the original fax communication to the sender at the above address through the U.S. Mail.

AFAS 007 cycn

11/15/2017    15:46 Southwest Diagnostic Imaging                    (FAX)602 521 6262                    P.007/011



Name: MEMOS, MICHAEL
DOB: 8/1/64

Exam Date: 9/15/16
MRN: 000869601
Location: NORTH IMAGING CENTER
Accession: 13600058

PAUL HOWARD, MD
9097 E DESERT COVE STE 100
ARTHRITIS HEALTH
SCOTTSDALE, AZ 85260

## RADIOLOGY REPORT

BILATERAL FEET

HISTORY: Sharp tingling pain.

COMPARISON: None

VIEWS: Left 2 views, CPT 73620. Right 2 views, CPT 73620.

FINDINGS:

Examination of both feet is obtained. The joint spaces appear within normal limits. There is no
evidence of an acute fracture or dislocation. There are calcaneal osteophytes about the left calcaneus
along the plantar aponeuroses and the insertion site of the Achilles tendon.

IMPRESSION:

1. Unremarkable examination of both feet.
2. Left calcaneal osteophytes.


End of diagnostic report.

Dictated by:    CHARLENE WHITFILL, MD
Transcribed By:  CW 09/15/2016  2:53PM
Signed By:    CHARLENE WHITFILL, MD 09/15/2016  4:12PM

11/15/2017   15:46 Southwest Diagnostic Imaging          (FAX)602 521 6262          P.008/011



Name: MEMOS, MICHAEL
DOB: 8/1/64

Exam Date: 9/15/16
MRN: 000869601
Location: NORTH IMAGING CENTER
Accession: 13600060

PAUL HOWARD, MD
9097 E DESERT COVE STE 100
ARTHRITIS HEALTH
SCOTTSDALE, AZ 85260

## RADIOLOGY REPORT

BILATERAL HAND

HISTORY: Psoriasis

COMPARISON: None

VIEWS: Left 2 views, CPT 73120. Right 2 views, CPT 73120.

FINDINGS:

Examination of both hands is obtained. The joint space appear within normal limits. No evidence of joint space narrowing or bony erosion is identified.

IMPRESSION:

Unremarkable examination of both hands

**End of diagnostic report.**

Dictated by:   CHARLENE WHITFILL, MD
Transcribed By: CW 09/15/2016  2:52PM
Signed By:      CHARLENE WHITFILL, MD 09/15/2016  2:52PM

11/15/2017    15:46 Southwest Diagnostic Imaging                    (FAX)602 521 6262            P.009/011



**SCOTTSDALE MEDICAL IMAGING**

**SDI**

Name: MEMOS, MICHAEL
DOB: 8/1/64

Exam Date: 9/15/16
MRN: 000869601
Location: NORTH IMAGING CENTER
Accession: 13600046

PAUL HOWARD, MD
9097 E DESERT COVE STE 100
ARTHRITIS HEALTH
SCOTTSDALE, AZ 85260

## RADIOLOGY REPORT

KNEES AP STANDING

HISTORY: Tingling

COMPARISON: None

VIEWS: Both knees, standing, anteroposterior. CPT 73565.

FINDINGS:

Single AP view of the knees is obtained. The joint space appear intact. There is no fracture or dislocation.

IMPRESSION:

Symmetric upright examination of bilateral knees.

**End of diagnostic report.**

Dictated by:    CHARLENE WHITFILL, MD
Transcribed By: CW 09/15/2016  2:15PM
Signed By:      CHARLENE WHITFILL, MD 09/15/2016  4:11PM

11/15/2017   15:46 Southwest Diagnostic Imaging          (FAX)602 521 6262          P.010/011



**SMIL**
SCOTTSDALE MEDICAL IMAGING

**SDI**

Name: MEMOS, MICHAEL
DOB: 8/1/64

Exam Date: 9/15/16
MRN: 000869601
Location: NORTH IMAGING CENTER
Accession: 13600055

PAUL HOWARD, MD
9097 E DESERT COVE STE 100
ARTHRITIS HEALTH
SCOTTSDALE, AZ 85260

---

## RADIOLOGY REPORT

SACROILIAC JOINTS

HISTORY: Psoriasis

COMPARISON: None

VIEWS: 3 or more views. CPT 72202.

FINDINGS:

Examination of the sacroiliac joints is obtained. No evidence of bony fusion or erosion is identified about the sacroiliac joints. There is no fracture or dislocation.

IMPRESSION:

Unremarkable plain film examination of the sacroiliac joints

**End of diagnostic report.**

**Dictated by:**   CHARLENE WHITFILL, MD
**Transcribed By:** CW 09/15/2016  2:44PM
**Signed By:**    CHARLENE WHITFILL, MD 09/15/2016  2:44PM

---



Name: MEMOS, MICHAEL
DOB: 8/1/64

Exam Date: 9/15/16
MRN: 000869601
Location: NORTH IMAGING CENTER
Accession: 13600097

PAUL HOWARD, MD
9097 E DESERT COVE STE 100
ARTHRITIS HEALTH
SCOTTSDALE, AZ 85260

## RADIOLOGY REPORT

BILATERAL KNEE COMPLETE

HISTORY: Bilateral knee pain

COMPARISON: None

VIEWS: Left 3 views, CPT 73562. Right 3 views, CPT 73562.


FINDINGS:

Views of the left knee demonstrate no knee effusion. The patella appears intact. No acute fracture or dislocation. Mild medial compartment narrowing. No chondrocalcinosis.

Views of the left knee demonstrate mild joint space narrowing. No chondrocalcinosis. No joint effusion. The patella appears intact. No acute fracture or dislocation.

IMPRESSION:

No evidence of acute fracture, dislocation, or joint effusion.

Mild knee joint space narrowing.


**End of diagnostic report.**

**Dictated by:**   MARK JORGENSEN, MD
**Transcribed By:** MJ 09/15/2016  3:05PM
**Signed By:**      MARK JORGENSEN, MD 09/15/2016  3:05PM

11/15/2017    15:46 Southwest Diagnostic Imaging                    (FAX)602 521 6262              P.004/011

AFFILIATED WITH SMIL
2323 W ROSE GARDEN LN
PHOENIX AZ 85027-2530

| WE ACCEPT THE FOLLOWING CREDIT CARDS | |
|---|---|
| ACCOUNT NUMBER | REMIT BY |
| 869601 | |
| TOTAL PATIENT BALANCE | AMOUNT ENCLOSED |

11/15/2017

MICHAEL MEMOS

MICHAEL MEMOS                              SOUTHWEST DIAGNOSTIC IMAGING
13390 N 95TH WAY                           AFFILIATED WITH SMIL
                                           2323 W ROSE GARDEN LN
SCOTTSDALE AZ 85260                        PHOENIX AZ 85027-2530

PAYMENTS RECEIVED AFTER THIS DATE WILL
APPEAR ON YOUR NEXT STATEMENT,
MAKE CHECKS PAYABLE TO:

☐ Please check box if address is incorrect or insurance
   information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT. QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL.

| DATE | DESCRIPTION OF SERVICES | CHARGES | PAYMENT/ADJ. | BALANCE |
|---|---|---|---|---|
| 07/09/11 | 71020/26    CHEST PA LAT | 49.00 | | .00 |
| | DX: 786.05 | | | |
| 07/18/11 | BCBS PYMT-EFT | | .00 | |
| 07/18/11 | CONTRACT ADJUSTMENT | | 37.09- | |
| 08/01/11 | SSDI BANK CARD PT PYMT | | 11.91- | |
| 03/14/12 | 71010/26    CHEST PA | 43.00 | | .00 |
| | DX: 786.50 | | | |
| 04/04/12 | UNITEDHEALTH PYMT-EFT | | 9.33- | |
| 04/04/12 | CONTRACT ADJUSTMENT | | 33.67- | |
| 09/15/16 | 72202       SACROILIAC JOINTS | 120.00 | | .00 |
| | DX: L40.9 | | | |
| 10/11/16 | INSURANCE PAYMENT | | 50.00- | |
| 10/11/16 | CONTRACT ADJUSTMENT | | 70.00- | |
| 09/15/16 | 73120/LT    HAND 2 VIEW | 100.00 | | 100.00 |
| | DX: L40.9 | | | |
| 01/18/17 | CORRESPONDENCE | | .00 | |
| | PATIENT RESPONSIBLE MAX BENEFIT REACHED | | | |
| 06/02/17 | TO COLLECTION | | .00 | |
| 09/15/16 | 73120/RT    HAND 2 VIEW | 100.00 | | 100.00 |
| | DX: L40.9 | | | |

Continued

| AMOUNT NOW DUE FROM PATIENT | | | | | TOTAL ACCOUNT BALANCE | PATIENT DUE BALANCE |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | CURRENT | 30 - 60 DAYS | 60 - 90 DAYS | OVER 90 DAYS | | |
| | | | | | | |

MESSAGE:

AM

SEND ANY
WRITTEN ACCOUNT
CORRESPONDENCE TO:

SOUTHWEST DIAGNOSTIC IM
2323 W ROSE GARDEN LN
PHOENIX AZ 85027-2530

BUSINESS OFFICE
HOURS

8:00AM - 6:00PM
(623) 931-1128

SDI 006 cych

11/15/2017    15:46 Southwest Diagnostic Imaging                (FAX)602 521 6262                P.005/011

AFFILIATED WITH SMIL
2323 W ROSE GARDEN LN
PHOENIX AZ 85027-2530

| ACCOUNT NUMBER | REMIT BY |
|---|---|
| 869601 | |
| **TOTAL PATIENT BALANCE** | **AMOUNT ENCLOSED** |
| | |

                                            11/15/2017

PAYMENTS RECEIVED AFTER THIS DATE WILL
APPEAR ON YOUR NEXT STATEMENT.
MAKE CHECKS PAYABLE TO:

        MICHAEL MEMOS

  MICHAEL MEMOS                          SOUTHWEST DIAGNOSTIC IMAGING
  13390 N 95TH WAY                       AFFILIATED WITH SMIL
                                         2323 W ROSE GARDEN LN
  SCOTTSDALE AZ 85260                    PHOENIX AZ 85027-2530

☐ Please check box if address is incorrect or insurance
  information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT. QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL.

| DATE | DESCRIPTION OF SERVICES | CHARGES | PAYMENT/ADJ. | BALANCE |
|---|---|---|---|---|
| 01/18/17 | CORRESPONDENCE | | .00 | |
| | PATIENT RESPONSIBLE MAX BENEFIT REACHED | | | |
| 06/02/17 | TO COLLECTION | | .00 | |
| 09/15/16 | 73562/LT    KNEE 3 VIEWS | 114.00 | | 33.93 |
| | DX: M25.561 M25.562 | | | |
| 10/12/16 | INSURANCE PAYMENT | | .00 | |
| 10/12/16 | CONTRACT ADJUSTMENT | | 80.07- | |
| 02/17/17 | TO COLLECTION | | .00 | |
| 09/15/16 | 73562/RT    KNEE 3 VIEWS | 114.00 | | 33.93 |
| | DX: M25.561 M25.562 | | | |
| 10/12/16 | INSURANCE PAYMENT | | .00 | |
| 10/12/16 | CONTRACT ADJUSTMENT | | 80.07- | |
| 02/17/17 | TO COLLECTION | | .00 | |
| 09/15/16 | 73620/LT    FOOT 2 VIEW | 100.00 | | 100.00 |
| | DX: R20.2 | | | |
| 01/18/17 | CORRESPONDENCE | | .00 | |
| | PATIENT RESPONSIBLE MAX BENEFIT REACHED | | | |
| 06/02/17 | TO COLLECTION | | .00 | |
| 09/15/16 | 73620/RT    FOOT 2 VIEW | 100.00 | | 100.00 |
| | DX: R20.2 | | | |
| 01/18/17 | CORRESPONDENCE | | .00 | |

                                                    Continued

| | AMOUNT NOW DUE FROM PATIENT | | | | TOTAL ACCOUNT BALANCE | PATIENT DUE BALANCE |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | CURRENT | 30 - 60 DAYS | 60 - 90 DAYS | OVER 90 DAYS | | |
| | | | | | | |

MESSAGE:

AM

| SEND ANY WRITTEN ACCOUNT CORRESPONDENCE TO: | SOUTHWEST DIAGNOSTIC IM 2323 W ROSE GARDEN LN PHOENIX AZ 85027-2530 | BUSINESS OFFICE HOURS | 8:00AM - 6:00PM (623) 931-1128 |
|---|---|---|---|

                                                              SDI 007 cych

11/15/2017    15:46 Southwest Diagnostic Imaging          (FAX)602 521 6262              P.006/011

WE ACCEPT THE FOLLOWING CREDIT CARDS

AFFILIATED WITH SMIL
2323 W ROSE GARDEN LN
PHOENIX AZ 85027-2530

| ACCOUNT NUMBER | REMIT BY |
|---|---|
| 869601 | |
| **TOTAL PATIENT BALANCE** | **AMOUNT ENCLOSED** |
| | |

11/15/2017

PAYMENTS RECEIVED AFTER THIS DATE WILL
APPEAR ON YOUR NEXT STATEMENT.
MAKE CHECKS PAYABLE TO:

MICHAEL MEMOS

MICHAEL MEMOS                          SOUTHWEST DIAGNOSTIC IMAGING
13390 N 95TH WAY                       AFFILIATED WITH SMIL
                                       2323 W ROSE GARDEN LN
SCOTTSDALE AZ 85260                    PHOENIX AZ 85027-2530

☐ Please check box if address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT. QUESTIONS REGARDING THIS STATEMENT, PLEASE CALL.

| DATE | DESCRIPTION OF SERVICES | CHARGES | PAYMENT/ADJ. | BALANCE |
|---|---|---|---|---|
| 06/02/17 | PATIENT RESPONSIBLE MAX BENEFIT REACHED<br>TO COLLECTION | | .00 | |
| 09/15/16 | 73565      KNEES STANDING AP<br>DX: R20.2 | 102.00 | | 71.40 |
| 10/11/16 | INSURANCE PAYMENT<br>MAXIMUM BENEFIT REACHED | | .00 | |
| 10/11/16 | CONTRACT ADJUSTMENT | | 30.60 | |
| 02/17/17 | TO COLLECTION | | .00 | |

| ACCOUNT NUMBER | CURRENT | AMOUNT NOW DUE FROM PATIENT | | | TOTAL ACCOUNT BALANCE | PATIENT DUE BALANCE |
|---|---|---|---|---|---|---|
| | | 30 - 60 DAYS | 60 - 90 DAYS | OVER 90 DAYS | | |
| 869601 | | | | | | |

MESSAGE

AM

SEND ANY
WRITTEN ACCOUNT
CORRESPONDENCE TO:

SOUTHWEST DIAGNOSTIC IM
2323 W ROSE GARDEN LN
PHOENIX AZ 85027-2530

BUSINESS OFFICE
HOURS

8:00AM - 6:00PM
(623) 931-1128

SDI 008 cych

11/15/2017    15:45 Southwest Diagnostic Imaging                    (FAX)602 521 6262                    P.002/011

Fax Server              11/8/2017 7:33:21 AM    PAGE    3/005    Fax Server

Nov. 6. 2017 10:44AM                                                            No. 5093   P. 2



Pam Nelson, LNC
Writer's Direct Line: (602) 322-1625
Writer's E-mail: pnelson@cycncha.com
Writer's Fax (602) 252-4431
(Reply to Phoenix Office)

File No.: 62009.061

September 6, 2017

**Sent via Fax**
Southwest Diagnostic Imaging
Attn: Clinical Resources
2323 W. Rose Garden Ln.
Phoenix, AZ 85027

Patient: Michael Memos, DOB 08/01/1964
Request for medical records, billing statements & imaging studies

To Whom It May Concern:

Please find enclosed a signed authorization to disclose *all* medical records, billing statements and imaging studies you have pertaining to Michael Memos. Please provide the requested records prior to September 27, 2017. Also, please sign and date the enclosed *Affidavit of Custodian of Records* to certify that you are providing the records requested or that you do not have the requested records in your possession.

According to A.R.S. § 12-351, you are entitled to reasonable copying charges, at $.25 per page and $25.00/hr for clerical time necessary in photocopying the records. *Prior to reproduction, please contact my assistant, Sandra Yetter, at (602) 322-1620, to advise whether you will comply with the statute without the issuance of a Subpoena or if you will require a Subpoena for these records to comply with the charges listed above.* Please send your statement for photocopying along with a copy of *all* records, with the signed affidavit and we will remit payment by mail.

If you have any questions with regard to this request, please call.

Very truly yours,

CAMPBELL, YOST, CLARE & NORELL, P.C.

/s/ *Pamela B. Nelson*

Pamela B. Nelson, RN, BSN

PBN/sky
Enclosures

Phoenix Office
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
Tel 602 322-1600 Fax 602 252-4431

Tucson Office
3430 East Sunrise Drive, Suite 260
Tucson, Arizona 85718
Tel 520 622-3999 Fax 520 622-7002

SDI 009 cycn



SMIL • EVDI • Valley Radiologists

2323 W Rose Garden Ln, Phoenix, AZ 85027
Phone: (602) 521-6265 | Fax: (602) 521-6262

November 15, 2017  AM

| Attorney: Campbell, Yost, Clare & Norell | Fax # 602 252 4431 |
|---|---|
| Patient: Michael Memos | Account # 869601-S |
| DOS: ANY AND ALL | From: SDI Clinical Resources |

To Whom It May Concern:

We have reviewed your request for records on the above referenced patient and have determined the following.

| X | Itemized billing has been faxed to the number on the request **and payment is due upon receipt.** Our Radiologists do not keep records on patients seen at the hospital; those must be obtained from the treating hospital. |
|---|---|

The following is a list of our charges for producing these records:

1. **Itemized Billing Statement** is **$25.00** (per ARS 12-2295). This is for a copy of the patient's itemized billing statement for exams done at EVDI Medical Imaging, Scottsdale Medical Imaging and/or Valley Radiologists. Our radiologists do not keep records on patients seen at the hospital. The patient's hospital reports and records must be obtained from the treating hospital.

SDI Exam Retention *(per ARS 12-2297)*:

- Patient Under Age 24: All Exams
- Patients Age 24 and Older: 6 years from Date of Last Exam

*Payment is required upon receipt of any patient records.*

✓ *We only accept checks or money orders.  We do not accept credit card payments.*

✓ Please make checks payable to: Southwest Diagnostic Imaging, Ltd.
  o    Tax ID # 20-0382536
✓ Mail this form with payment to: Southwest Diagnostic Imaging, Ltd.
  o    ATTN: Clinical Resources
  o    2323 W. Rose Garden Ln
  o    Phoenix, AZ 85027

Sincerely,

Clinical Resources Department
Southwest Diagnostic Imaging, Ltd.

O: (602) 521-6265  F: (602) 521-6262

*It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information.  If the reader of this warning is not the intended recipient, or the intended recipient's agent, you are hereby notified that you have received this transmission in error; please notify us immediately at the telephone number listed above.  Please destroy (shred) this document(s) following your notification to our office of this transmission error.  Thank you.*

SDI 010 cycn

Case 2:17-cv-02056-SMB    Document 48    Filed 12/18/17    Page 29 of 29
11/15/2017    15:45 Southwest Diagnostic Imaging                    (FAX)602 521 6262                    P.003/011

Fax Server              11/8/2017 7:33:21 AM    PAGE    4/005    Fax Server

Nov. 6. 2017 10:44AM                                                No. 5093    P. 3

**READ CAREFULLY**
This is a
**LIMITED** AUTHORIZATION
to release medical records.

To: Southwest Diagnostic Imaging

Re:    *Michael Memos*
       *SSN:  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*
       *DOB:  08/01/1964*

**I.    Authorization**

You may disclose the following health care information:

Entire Medical Record. All my health information including but not limited to opinions, x-rays, AIDS/HIV and other communicable disease information, behavioral health care/psychiatric care, alcohol and/or drug abuse treatment, if any, all records or copies thereof, bills and billing statements for the services rendered, bills for medication, etc., which you may have in your possession or under your control regarding my medical conditions and treatments to:

Lauren E. Eller
CAMPBELL, YOST, CLARE & NORELL
3101 North Central Avenue, Suite 120
Phoenix, AZ 85012-4431

I SPECIFICALLY DO NOT AUTHORIZE OR RELEASE ANY HEALTH CARE PROVIDER TO ORALLY DISCUSS MY MEDICAL CONDITION OR RECORDS WITH THE ABOVE-DESIGNATED ATTORNEYS OUTSIDE OF THE PRESENCE OF MY ATTORNEYS, JONES|RACZKOWSKI PC.

The party requesting the records and information shall be responsible for the reasonable cost of reproduction of all copies sent to them. By using this Authorization the party requesting records agrees to provide JONES|RACZKOWSKI PC, a copy of all documents obtained within five (5) business days of receipt of the documents from the health care provider.

This Authorization for Release to opposing counsel expires upon compliance by the Physician/Health Care Provider or 180 days from the date below, whichever occurs first. The earlier authorization in favor of my own attorneys JONES|RACZKOWSKI PC remains in effect.

Reason for this Authorization: At patient's request for legal proceedings.

**II.    Patient's Rights**

I understand that I may revoke this authorization in writing at any time by either completing a revocation form available from the provider or writing a letter to the provider. Once the provider discloses the information, the person or organization that receives it may re-disclose it as privacy laws may no longer protect it. I may refuse to sign this authorization, and my refusal will not affect my eligibility for benefits.

08/30/2017                                    *Michael E. Memos*
Date                                          Michael Memos

SDI 011 cycn