Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS,<br><br>                              Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES INC.; COMPASS AIRLINES, INC.,<br><br>                              Defendants. | NO.  2:17-cv-02056-MHB<br><br>DEFENDANT DELTA AIR LINES' NOTICE OF SERVICE OF RESPONSES TO DISCOVERY REQUESTS |

        Defendant Delta Air Lines, (hereinafter "Delta"), by and through its attorneys of record, Campbell, Yost, Clare & Norell, P.C., hereby provides this Notice of Service of its Responses to Plaintiff's Non-Uniform Interrogatories and Request for Production of Documents and Things.

/ / /

/ / /

/ / /

DATED this 18th day of December, 2017.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**


By s/  Lauren E. Eiler
    Stephen C. Yost
    Lauren E. Eiler
    3101 North Central Ave., Ste. 1200
    Phoenix, AZ 85012
    *Attorneys for Defendant Delta Air Lines*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of December, 2017, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.


s/ Cindy Benear