**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: (602) 257-7422
Facsimile: (602) 254-4878
James H. Marburger – #010359
jmarburger@gustlaw.com

**Attorneys for Defendant Airport Terminal Services, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Michael E. Memos, | No. 2:17-cv-02056-PHX-JJT |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS** |
| v. | |
| Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation; | |
| Defendants. | |

    Notice is hereby given that Defendant Airport Terminal Services, Inc. served its Responses to Mandatory Initial Discovery Requests on all parties on today's date via U.S. Mail pursuant to the Certificate of Service below.

    DATED this 22nd day of December, 2017.

                                    GUST ROSENFELD P.L.C.

                                    By  */s/ James H. Marburger – 010359*
                                        James H. Marburger
                                        Attorneys for Defendant Airport
                                        Terminal Services, Inc.

JHM:lts  3143165.1  12/21/2017

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2017, I mailed the foregoing Responses to Mandatory Initial Discovery Requests to:

Mack T. Jones, Esq.
Richard L. Barrett, Esq.
Jones Raczkowski PC
2141 East Camelback Road, Suite 100
Phoenix, AZ  85016
*Attorneys for Plaintiff*

Stephen C. Yost, Esq.
Lauren E. Eiler, Esq.
Campbell, Yost, Clare & Norell, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ  85012
*Attorneys for Defendant Delta Air Lines, Inc.*

Mark G. Worischeck, Esq.
Joel Fugate, Esq.
Sanders & Park, P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ  85012
*Attorneys for Defendant Compass Airlines, LLC*

By: _Linda T. Swienski_

JHM:lts  3143165.1  12/21/2017