Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man; | **NO. CV-17-02056-PHX-JJT** |
| Plaintiff; <br> v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, Inc., a Delaware corporation doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation; Does I - V; <br><br> Defendants. | (Assigned to the Honorable John J Tuchi) |

Notice is hereby given that Plaintiff on this date is filing Plaintiff's Supplemental Answers to Defendant Compass Airlines, LLC's Interrogatories via email and U.S. Mail.

. . .

. . .

. . .

RESPECTFULLY SUBMITTED this 23rd day of January, 2018.

**JONES│RACZKOWSKI PC**

/s/ **Richard L. Barrett**

By Mack T. Jones
Richard L. Barrett
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on January 23rd, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF systems for filing and transmittal of a Notice of Electronic Filling to the following CM/ECF registrants:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
syost@cycn-phx.com
leller@cycn-phx.com
lsainz@cycn-phx.com
cbenear@cycn-phx.com
syetter@cycn-phx.com
Attorneys for Defendant Delta Air Lines, Inc.

::ODMA\MHODMA\CENTRAL;iManage;441235;1

2

| | |
|---|---|
| 1 | Mark G. Worischeck |
| 2 | Joel Fugate |
| | **SANDERS & PARK, P.C.** |
| 3 | 3030 North Third Street, Suite 1300 |
| 4 | Phoenix, Arizona 85012-3099 |
| | mark.worischeck@sanderparks.com |
| 5 | joel.fugate@sanderparks.com |
| 6 | peggy.bailey@sanderparks.com |
| | shannon.berry@sanderparks.com |
| 7 | Attorneys for Defendant Compass Airlines, LLC |
| 8 | |
| 9 | James H. Marburger |
| | **Gust Rosenfeld, PLC** |
| 10 | One East Washington Street, Suite 1600 |
| | Phoenix, AZ 85004 |
| 11 | Jmarburger@gustlaw.com |
| 12 | Attorneys for Defendant Airport Terminal Services, Inc. |
| 13 | By: **/s/Aracely B. Phillips** |