Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, | NO. 2:17-cv-02056-MHB |
| Plaintiff, | |
| vs. | **NOTICE OF DEPOSITION OF MICHAEL E. MEMOS** |
| DELTA AIR LINES INC.; COMPASS AIRLINES, INC., | |
| Defendants. | |

**YOU ARE HEREBY NOTIFIED** that, pursuant to FRCP 26 and 30, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below:

**PERSONS TO BE EXAMINED:**         Michael E. Memos

| | |
|---|---|
| **DATE AND TIME OF DEPOSITION:** | May 7, 2018 at 9:30 a.m. |
| **PLACE OF DEPOSITION:** | Campbell, Yost, Clare & Norell, PC<br>3101 North Central Avenue, #1200<br>Phoenix, AZ 85012 |

COPIES emailed pursuant to RCP 5 this date to these persons and in these capacities:

Courtroom Sciences, Inc.
calendar@courtroomsciences.com
Courter Reporters/Interpreter

DATED this 13th day of April, 2018.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**


By s/   Lauren E. Eiler
   Stephen C. Yost
   Lauren E. Eiler
   3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
   *Attorneys for Defendant Delta Air Lines*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.


s/      Lisa Sainz