**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: (602) 257-7422
Facsimile: (602) 254-4878
James H. Marburger – #010359
jmarburger@gustlaw.com

**Attorneys for Defendant Airport Terminal Services, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos,<br><br>           Plaintiff,<br><br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation;<br><br>           Defendants. | No. 2:17-cv-02056-PHX-JJT<br><br>**DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF NON-PARTY AT FAULT** |

Airport Terminal Services, Inc. ("ATS") designates the following entity as a potential non-party at fault pursuant to A.R.S. § 12-2506(B) and the time limits specified in Ariz. R. Civ. P. 26(b)(5), and gives notice that ATS may contend at trial that Plaintiff's alleged damages were solely caused or contributed to by the fault of the following non-party:

SkyWest, Inc.
444 South River Road
St. George, Utah 84790
(435) 634-3000

Plaintiff Michael E. Memos claims that, while boarding Delta flight 5715 at Phoenix Sky Harbor International Airport on May 16, 2015, he slipped due to liquid on

JHM:tno 3229736.1 4/18/20187

1

1  the jet way floor and fell, resulting in various alleged personal injuries and other
2  damages.  Based upon Defendant Delta Air Lines' Responses to Plaintiff's Non-Uniform
3  Interrogatories, Delta apparently contends that the moisture on the jet way floor may
4  have originated from leaking trash bags that were removed by the flight crew of a prior
5  SkyWest Airlines aircraft and left on the jet way floor.  See Delta's responses to
6  interrogatories no. 1 and 6.

7       To the extent that any other party to this lawsuit alleges that Plaintiff's fall and
8  his alleged damages arose from liquid that originated from a leaking trash bag, ATS
9  contends that SkyWest Airlines and its flight crew were at fault for failing to take
10 adequate precautions to ensure that the trash bag did not leak and for failing to properly
11 dispose of or place the trash bag at a location such that the trash bag was not near the
12 path used by passengers while boarding the aircraft.

13      Upon information and belief, SkyWest Airlines is a wholly-owned subsidiary of
14 SkyWest, Inc.  Accordingly, ATS designates SkyWest, Inc. as a non-party at fault for
15 the acts and omissions of SkyWest Airlines and its crew.

16      DATED this 18th day of April, 2018.

                                             GUST ROSENFELD P.L.C.

                                             By *s/ James H. Marburger*
                                                 James H. Marburger
                                                 Attorneys for Defendant Airport
                                                 Terminal Services, Inc.

JHM:tno  3229736.1  4/18/20187

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, I electronically transmitted the attached document to the Clerk's Office using CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mack T. Jones, Esq.
Richard L. Barrett, Esq.
Jones Raczkowski PC
2141 East Camelback Road, Suite 100
Phoenix, AZ  85016
*Attorneys for Plaintiff*

Stephen C. Yost, Esq.
Lauren E. Eiler, Esq.
Campbell, Yost, Clare & Norell, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ  85012
*Attorneys for Defendant Delta Air Lines, Inc.*

Mark G. Worischeck, Esq.
Joel Fugate, Esq.
Sanders & Park, P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ  85012
*Attorneys for Defendant Compass Airlines, LLC*

By: *s/ Terri Oliver*

JHM:tno  3229736.1  4/18/20187