Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Line, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, | NO. 2:17-cv-02056-MHB |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT DELTA AIR LINES' DISCLOSURE OF EXPERT TESTIMONY DATED APRIL 25, 2018** |
| vs. | |
| DELTA AIR LINES INC.; COMPASS AIRLINES, INC., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Rules of Practice of the United States District Court, District of Arizona, Defendant Delta Air Lines, Inc., served their Disclosure of Expert Testimony on Plaintiff's counsel on the 25th day of April, 2018.

/ / /

/ / /

/ / /

1   DATED this 25th day of April, 2018.

2   **CAMPBELL, YOST, CLARE & NORELL, P.C.**

4   By s/  Lauren E. Eiler
     Stephen C. Yost
     Lauren E. Eiler
     3101 North Central Ave., Ste. 1200
     Phoenix, AZ 85012
     *Attorneys for Defendant Delta Air Lines, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Cindy Benear