1  Stephen C. Yost – 011149
2  Lauren E. Eiler – 007378
   CAMPBELL, YOST, CLARE & NORELL, P.C.
3  3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
4  (602) 322-1600
   (602) 322-1604 - fax
5  syost@cycn-phx.com
6
7  *Attorneys for Defendant Delta Air Lines*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos,<br><br>Plaintiff,<br><br>vs.<br><br>Delta Air Lines, Inc., a Delaware Corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation;<br><br>Defendants. | NO.  2:17-cv-02056-JJT<br><br>**DEFENDANT DELTA AIR LINES, INC.'S NOTICE OF JOINDER IN DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S DESIGNATION OF NON-PARTY AT FAULT** |

Defendant Delta air Lines, Inc., ("Delta" or "Defendant"), by and through undersigned counsel, hereby joins in and adopts fully by reference Defendant Airport Terminal Services, Inc.'s Designation of Non-Party at Fault, dated April 18, 2018, as set forth herein.

.  .  .

.  .  .

1 DATED this 2nd day of May, 2018.

2          **CAMPBELL, YOST, CLARE & NORELL, P.C.**

4     By s/ Lauren E. Eiler
      Stephen C. Yost
5       Lauren E. Eiler
      3101 North Central Ave., Ste. 1200
6       Phoenix, AZ 85012
7       *Attorneys for Defendant Delta Air Lines*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Lisa Sainz

- 2 -