Mark G. Worischeck/Bar No. 011147
Joel T. Fugate/Bar No. 031739
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Firm E-mail: Minutes@SandersParks.com

Mark G. Worischeck
  Direct Phone: 602.532.5795
  Direct Fax: 602.230.5054
  E-Mail: Mark.Worischeck@sandersparks.com

Joel T. Fugate
  Direct Phone: 602.532.5613
  Direct Fax: 602.230-5013
  E-Mail: Joel.Fugate@sandersparks.com

*Attorneys for Defendant Compass Airlines, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, a single man;<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware corporation; COMPASS AIRLINES, LLC, a Delaware corporation doing business as Delta Connection; AIRPORT TERMINAL SERVICES, INC., a Missouri Corporation;<br><br>Defendants. | Case No.: 2:17-cv-02056-MHB<br><br>**DEFENDANT COMPASS AIRLINES, LLC'S NOTICE OF JOINDER IN DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S DESIGNATION OF NON-PARTY AT FAULT**<br><br>(Assigned to the Honorable John J. Tuchi) |

Defendant Compass Airlines, LLC joins in and fully adopts by reference Defendant Airport Terminal Services, Inc.'s Designation of Non-Party at Fault dated April 18, 2018 as set forth herein.

/ / /

RESPECTFULLY SUBMITTED this 2nd day of May, 2018.

**SANDERS & PARKS, P.C.**

By /s/Joel T. Fugate
Mark G. Worischeck
Joel T. Fugate
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
*Attorneys for Defendant Compass Airlines, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By /s/Donna Hamel