Mark G. Worischeck/Bar No. 011147
Joel T. Fugate/Bar No. 031739
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Firm Email: Minutes@SandersParks.com

Mark G. Worischeck
  Direct Phone: 602.532.5795
  Direct Fax: 602.230.5054
  Email: Mark.Worischeck@SandersParks.com

Joel T. Fugate
  Direct Phone: 602.532.5613
  Direct Fax: 602.230.5013
  Email: Joel.Fugate@SandersParks.com

*Attorneys for Defendant Compass Airlines, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, a single man,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware corporation; COMPASS AIRLINES, LLC, a Delaware corporation doing business as Delta Connection; AIRPORT TERMINAL SERVICES, INC., a Missouri corporation,<br><br>Defendants. | Case No.: 2:17-cv-02056-MHB<br><br>**DEFENDANT COMPASS AIRLINES, LLC'S NOTICE OF SERVICE OF SUPPLEMENTAL RESPONSES TO MANDATORY INITIAL DISCOVERY AND DISCLOSURE OF EXPERT TESTIMONY** |

Defendant Compass Airlines, LLC ("Compass") provides this Notice of Service of its Supplemental Responses to Mandatory Initial Discovery Requests and Rule 26(a)(2) Disclosure of Expert Testimony. On August 4, 2017, Compass served its Response to the Court's Mandatory Initial Discovery Requests, as required by General Order 17-08.

/ / /

RESPECTFULLY submitted this 8th day of May, 2018.

**SANDERS & PARKS, P.C.**

By /s/Joel Fugate
Mark G. Worischeck
Joel T. Fugate
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
*Attorneys for Defendant Compass Airlines, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By /s/Shannon Berry