1  Stephen C. Yost – 011149
2  Lauren E. Eiler – 007378
   CAMPBELL, YOST, CLARE & NORELL, P.C.
3  3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
4  (602) 322-1600
5  (602) 322-1604 - fax
   syost@cycn-phx.com
6
7  *Attorneys for Defendant Delta Air Lines*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

| | |
|---|---|
| 10  Michael E. Memos, | NO.  2:17-cv-02056-JJT |
| 11 | |
| 12              Plaintiff, | **DEFENDANT DELTA AIR LINES' NOTICE OF JOINDER** |
| 13  vs. | **IN DEFENDANT COMPASS AIRLINES, LLC'S FIRST** |
| 14  Delta Air Lines, Inc., a Delaware Corporation; | **SUPPLEMENTAL RESPONSES** |
| 15  Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport | **TO MANDATORY INITIAL DISCOVERY REQUESTS** |
| 16  Terminal Services, Inc., a Missouri corporation; | |
| 17              Defendants. | |
| 18 | |

19          Defendant Delta Air Lines, hereby give notice of their joinder in Defendant

20  Compass Airlines, LLC's First Supplemental Responses to Mandatory Initial Discovery

21  Requests, dated May 8, 2018.

22

23

24

25

26  */ / /*

DATED this 9th day of May, 2018.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By s/ Lauren E. Eiler
Stephen C. Yost
Lauren E. Eiler
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
*Attorneys for Defendant Delta Air Lines*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 9th day of May, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.


s/       Cindy Benear

- 2 -