Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man; | **NO. CV-17-02056-PHX-JJT** |
| Plaintiff; | **PLAINTIFF'S NOTICE OF DEPOSITION** |
| v. | |
| Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc. a Missouri corporation; | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 26 and 30, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below:

**PERSON TO BE EXAMINED:**   Richard Cherubini

**DATE AND TIME
OF DEPOSITION:**   Monday, June 18, 2018 at 11:00 a.m. or

|  |  |
|---|---|
|  | immediately after the conclusion of the deposition of James Hunt set for 9:00 a.m. |
| **PLACE OF DEPOSITION:** | **JONES │ RACZKOWSKI PC**<br>2141 East Camelback Road, Suite 100<br>Phoenix, Arizona 85016-4723 |

DATED this 21st day of May, 2018.

                                            **JONES │ RACZKOWSKI PC**

                                            /s/ **Richard L. Barrett**

                                            By Mack T. Jones
                                            Richard L. Barrett
                                            Attorneys for Plaintiff

Emailed this 21st
day of May, 2018 to:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
syost@cycn-phx.com
leller@cycn-phx.com
lsainz@cycn-phx.com
cbenear@cycn-phx.com
syetter@cycn-phx.com
Attorneys for Defendant Delta Air Lines, Inc.

Mark G. Worischeck
Joel Fugate
**SANDERS & PARK, P.C.**
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
mark.worischeck@sanderspark.com
joel.fugate@sanderspark.com

::ODMA\MHODMA\CENTRAL;iManage;455107;1

1  peggy.bailey@sandersparks.com
2  shannon.berry@sandersparks.com
   Attorneys for Defendant Compass Airlines, LLC
3
4  James H. Marburger
   **Gust Rosenfeld, PLC**
5  One East Washington Street, Suite 1600
   Phoenix, AZ 85004
6  Jmarburger@gustlaw.com
7  Attorneys for Defendant Airport Terminal Services, Inc.
8
   **KUNZ REPORTING SERVICE, LLC**
9  8414 East Hubbell Street
   Scottsdale, Arizona 85257
10 kunzreporting@cox.net
11
   By:   /s/Aracely B. Phillips
12