Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES|RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man;<br><br>Plaintiff;<br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc. a Missouri corporation;<br><br>Defendants. | **NO. CV-17-02056-PHX-JJT**<br><br>**PLAINTIFF'S NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)** |

YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 30(b)(6), the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below:

**PERSON TO BE EXAMINED:**   **Compass Airlines, LLC** pursuant to Rule 30(b)(6) on the matters designated in Attachment "A" annexed hereto

**DATE AND TIME**

| | | |
|---|---|---|
| 1 | **OF DEPOSITION:** | **Tuesday, June 19, 2018 at 1:00 p.m.** |
| 2 | | |
| 3 | **PLACE OF DEPOSITION:** | **JONES│RACZKOWSKI PC** |
|   | | 2141 East Camelback Road, Suite 100 |
| 4 | | Phoenix, Arizona 85016-4723 |

DATED this 31st day of May, 2018.

                                      **JONES│RACZKOWSKI PC**

                                      /s/ Richard L. Barrett

                                      By Mack T. Jones
                                      Richard L. Barrett
                                      Attorneys for Plaintiff

Emailed this 31st
day of May, 2018 to:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
syost@cycn-phx.com
leller@cycn-phx.com
lsainz@cycn-phx.com
cbenear@cycn-phx.com
syetter@cycn-phx.com
Attorneys for Defendant Delta Air Lines, Inc.

1  Mark G. Worischeck
2  Joel Fugate
   **SANDERS & PARK, P.C.**
3  3030 North Third Street, Suite 1300
   Phoenix, Arizona 85012-3099
4  mark.worischeck@sandersparks.com
5  joel.fugate@sandersparks.com
   peggy.bailey@sandersparks.com
6  shannon.berry@sandersparks.com
7  Attorneys for Defendant Compass Airlines, LLC

8
   James H. Marburger
9  **Gust Rosenfeld, PLC**
   One East Washington Street, Suite 1600
10 Phoenix, AZ 85004
11 Jmarburger@gustlaw.com
   Attorneys for Defendant Airport Terminal Services, Inc.
12

13 By:   /s/**Aracely B. Phillips**

14

15

16

17

18

19

20

21

22

23

24

25

26

::ODMA\MHODMA\CENTRAL;iManage;439336;1                3

**ATTACHMENT "A"**

1. Information contained in MIDR;

2. Information contained in responses to Non-Uniform Interrogatories;

3. Policies and procedures regarding inspection, cleaning and/or maintenance of the jet-ways leading to aircraft to be operated by Defendant and the use of barricades, cones, tape, or other warnings to alert persons of fluids, debris or other objects on the floor of such jet-ways;

4. Policies and procedures regarding passenger safety, prevention and/or reduction of slip/trip and falls on fluids, debris or other objects, and warning, alerting and/or providing cautionary instructions to passengers as to the presence of fluids, debris or other objects on the floor of the jet-way leading to any aircraft to be operated by employees of Defendant;

5. Policies and procedures regarding inspection of any area around an aircraft to be operated by employees of defendant;

6. When Defendant became aware of fluid on the floor of the jet-way referenced in the Complaint, and the action(s) taken, if any, in response;

7. The identity of any Defendant Compass Airlines, LLC representative, agent or employee with information relevant to this lawsuit and the information they are believed to possess;

8. The identity of any Defendant Airport Terminal Services, Inc. representative, agent or employee with information relevant to this lawsuit and the information they are believed to possess;

9. The contents and preparation of any incident report of and concerning the incident involving Plaintiff; and,

10. The facts, circumstances and investigation of the incident involving Plaintiff.