Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael E. Memos, a single man;<br><br>    Plaintiff;<br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc. a Missouri corporation;<br><br>    Defendants. | **NO. CV-17-02056-PHX-JJT**<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S FIRST SUPPLEMENTAL MANDATORY INITIAL DISCOVERY RESPONSES** |

NOTICE IS HEREBY GIVEN that on June 7, 2018, Plaintiff Michael E. Memos served his First Supplemental Mandatory Initial Discovery Responses pursuant to the Mandatory Initial Discovery Pilot Project ("MIDP") and Supplemental Answers to Defendant Compass Airlines, LLC Interrogatories, General Order 17-08, Federal Rules of Civil Procedure, to Defendant Bank of America, N.A. via email.

. . .

. . .

RESPECTFULLY SUBMITTED this  7th  day of June, 2018.

**JONES│RACZKOWSKI PC**

/s/ **Richard L. Barrett**

By Mack T. Jones
Richard L. Barrett
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on June7, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF systems for filing and transmittal of a Notice of Electronic Filling to the following CM/ECF registrants:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
Attorneys for Defendant Delta Air Lines, Inc.

Mark G. Worischeck
Joel Fugate
**SANDERS & PARK, P.C.**
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
Attorneys for Defendant Compass Airlines, LLC

James H. Marburger
**Gust Rosenfeld, PLC**
One East Washington Street, Suite 1600
Phoenix, AZ 85004
Jmarburger@gustlaw.com
Attorneys for Defendant Airport Terminal Services, Inc.

By:   /s/**Aracely B. Phillips**