Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man; | **NO. CV-17-02056-PHX-JJT** |
| Plaintiff; | |
| v. | **NOTICE OF SERVICE OF PLAINTIFF'S 26 (a)(2)(B) DISCLOSURE OF EXPERT WITNESS** |
| Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc. a Missouri corporation; | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on June 7, 2018, Plaintiff Michael E. Memos served his Expert Witness via email to Defendants.

RESPECTFULLY SUBMITTED this  7th  day of June, 2018.

**JONES | RACZKOWSKI PC**

**/s/ Richard L. Barrett**

By Mack T. Jones
Richard L. Barrett

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on June7, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF systems for filing and transmittal of a Notice of Electronic Filling to the following CM/ECF registrants:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
Attorneys for Defendant Delta Air Lines, Inc.

Mark G. Worischeck
Joel Fugate
**SANDERS & PARK, P.C.**
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
Attorneys for Defendant Compass Airlines, LLC

James H. Marburger
**Gust Rosenfeld, PLC**
One East Washington Street, Suite 1600
Phoenix, AZ 85004
Jmarburger@gustlaw.com
Attorneys for Defendant Airport Terminal Services, Inc.

By: __/s/**Aracely B. Phillips**__

::ODMA\MHODMA\CENTRAL;iManage;457606;1