Mark G. Worischeck/Bar No. 011147
Dillon J. Steadman/Bar No. 031739
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Firm E-mail:  Minutes@SandersParks.com

Mark G. Worischeck
  Direct Phone: 602.532.5795
  Direct Fax: 602.230.5054
  E-Mail: Mark.Worischeck@sandersparks.com

Dillon J. Steadman
  Direct Phone: 602.532.5773
  Direct Fax: 602.230.5073
  E-Mail: Dillon.Steadman@sandersparks.com

*Attorneys for Defendant Compass Airlines, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, a single man;<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware corporation; COMPASS AIRLINES, LLC, a Delaware corporation doing business as Delta Connection; AIRPORT TERMINAL SERVICES, INC., a Missouri Corporation;<br><br>Defendants. | Case No.:  2:17-cv-02056-MHB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM**<br><br>(Assigned to the Honorable John J. Tuchi) |

Defendant Compass Airlines, LLC hereby gives notice that Dillon J. Steadman is substituting in for Joel T. Fugate, who is no longer associated with Sanders & Parks, P.C., as counsel of record for the Defendant Compass Airlines, LLC in the above-captioned matter.  Please remove Joel T. Fugate from all future pleadings, notices and correspondence and forward all future pleadings, notices and correspondence to Mark G. Worischeck and Dillon Steadman.

RESPECTFULLY SUBMITTED this 19th day of June, 2018.

**SANDERS & PARKS, P.C.**


By  /s/Dillon J. Steadman
        Mark G. Worischeck
        Dillon J. Steadman
        3030 North Third Street, Suite 1300
        Phoenix, AZ  85012-3099
        *Attorneys for Defendant Compass Airlines, LLC*


## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.



By /s/Donna Hamel