**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: (602) 257-7422
Facsimile: (602) 254-4878
James H. Marburger – #010359
jmarburger@gustlaw.com

**Attorneys for Defendant Airport Terminal Services, Inc.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos,<br><br>    Plaintiff,<br><br>    v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation;<br><br>    Defendants. | No. 2:17-cv-02056-PHX-JJT<br><br>**NOTICE OF SERVICE OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S DISCOVERY REQUESTS TO PLAINTIFF** |

Notice is hereby given that Defendant Airport Terminal Services, Inc. served its Interrogatories to Plaintiff and Requests for Production to Plaintiff on all parties on today's date via U.S. Mail pursuant to the Certificate of Service below.

DATED this 6th day of July, 2018.

                                        GUST ROSENFELD P.L.C.


                                     By */s/ James H. Marburger – 010359*
                                          James H. Marburger
                                          Attorneys for Defendant Airport
                                          Terminal Services, Inc.

JHM:tno 3296871.1 7/6/2018

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2018 I mailed the foregoing Defendant Airport Terminal Services, Inc.'s Interrogatories and Requests for Production to Plaintiff, to:

Mack T. Jones, Esq.
Richard L. Barrett, Esq.
Jones Raczkowski PC
2141 East Camelback Road, Suite 100
Phoenix, AZ  85016
*Attorneys for Plaintiff*

Stephen C. Yost, Esq.
Lauren E. Eiler, Esq.
Campbell, Yost, Clare & Norell, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ  85012
*Attorneys for Defendant Delta Air Lines, Inc.*

Mark G. Worischeck, Esq.
Dillon J. Steadman, Esq.
Sanders & Park, P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ  85012
*Attorneys for Defendant Compass Airlines, LLC*

By: *Terri Oliver*

JHM:tno  3296871.1  7/6/2018