Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man; | **NO. CV-17-02056-PHX-JJT** |
| Plaintiff; | **NOTICE OF SERVICE OF PLAINTIFF'S THIRD SUPPLEMENTAL MANDATORY DISCOVERY RESPONSES AND SUPPLEMENTAL RESPONSES TO DISCOVERY** |
| v. | |
| Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc. a Missouri corporation; | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on August 21, 2018, Plaintiff Michael E. Memos serves his Second Supplemental Mandatory Initial Discovery Responses pursuant to Mandatory Initial Discovery Pilot Project ("MIDP) and Answer to Defendant Airport Terminal Interrogatories and Supplemental Responses to Request for Production of Documents.

RESPECTFULLY SUBMITTED this 23rd day of August, 2018.

**JONES│RACZKOWSKI PC**

/s/ **Richard L. Barrett**

By Mack T. Jones
Richard L. Barrett
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on August 23, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF systems for filing and transmittal of a Notice of Electronic Filling to the following CM/ECF registrants:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
syost@cycn-phx.com
Attorney for Defendant Delta Air Lines, Inc.

Mark G. Worischeck
Joel Fugate
**SANDERS & PARK, P.C.**
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
mark.worischeck@sanderaparks.com
dillon.steadman@sanderaparks.com
Attorney for Defendant Compass Airlines, LLC

James H. Marburger
**Gust Rosenfeld, PLC**

::ODMA\MHODMA\CENTRAL;iManage;466432;1

2

One East Washington Street, Suite 1600
Phoenix, AZ 85004
Jmarburger@gustlaw.com
Attorneys for Defendant Airport Terminal Services, Inc.

By:   /s/Aracely B. Phillips