Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, <br><br> Plaintiff, <br><br> vs. <br><br> DELTA AIR LINES INC.; COMPASS AIRLINES, INC., <br><br> Defendants. | NO. 2:17-cv-02056-MHB <br><br> **NOTICE OF SERVICE OF DEFENDANT DELTA AIR LINES, Inc.'s DISCLOSURE OF EXPERT TESTIMONY DATED OCTOBER 5, 2018** |

NOTICE IS HEREBY GIVEN that, pursuant to Rules of Practice of the United States District Court, District of Arizona, Defendant Delta Air Lines, Inc., served their Disclosure of Expert Testimony on Plaintiff's counsel on the 5th day of October, 2018.

/ / /

/ / /

/ / /

DATED this 5th day of October, 2018.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By s/ Lauren E. Eiler
   Stephen C. Yost
   Lauren E. Eiler
   3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
   *Attorneys for Defendant Delta Air Lines, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Cindy Benear