1  Stephen C. Yost – 011149
2  Lauren E. Eiler – 007378
   CAMPBELL, YOST, CLARE & NORELL, P.C.
3  3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
4  (602) 322-1600
   (602) 322-1604 - fax
5  syost@cycn-phx.com
6
7  *Attorneys for Defendant Delta Air Lines, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, | NO. 2:17-cv-02056-JJT |
| Plaintiff, | DEFENDANT DELTA AIR LINES, INC's NOTICE OF SERVICE OF **ELEVENTH SUPPLEMENTAL** RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS |
| vs. | |
| Delta Air Lines, Inc., a Delaware Corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation; | Trial Date: None |
| Defendants. | Complaint Filed: May 12, 2017<br>Removal Filed: June 27, 2017 |

Defendant Delta Air Lines, Inc. (hereinafter "Delta"), by and through its attorneys of record, Campbell, Yost, Clare & Norell, P.C., hereby provides this Notice of Service of its **Eleventh Supplemental** Responses to Mandatory Initial Discovery Requests. On July 31, 2017, Delta served its Responses to the Court's Mandatory Initial Discovery Requests, as required by General Order 17-08.

/ / /

DATED this 5th day of October, 2018.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By s/ Lauren E. Eiler
    Stephen C. Yost
    Lauren E. Eiler
    3101 North Central Ave., Ste. 1200
    Phoenix, AZ 85012
    *Attorneys for Defendant Delta Air Lines, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Cindy Benear