1  **GUST ROSENFELD P.L.C.**
   One East Washington Street, Suite 1600
2  Phoenix, Arizona  85004-2553
   Telephone:  (602) 257-7422
3  Facsimile:  (602) 254-4878
   James H. Marburger – #010359
4  jmarburger@gustlaw.com

5  **Attorneys for Defendant Airport Terminal Services, Inc.**

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                       DISTRICT OF ARIZONA

10 | Michael E. Memos, | No.  2:17-cv-02056-PHX-JJT |

11 | Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT AIRPORT** |

12 | v. | **TERMINAL SERVICES, INC.'S FED. R. CIV. P. 26(a)(2)** |

13 | Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation; | **DISCLOSURE OF EXPERTS** |

14

15

16 | Defendants. | |

17

18          Notice is hereby given that Defendant Airport Terminal Services, Inc. served its

19 Fed. R. Civ. P. 26(a)(2) Disclosure of Experts on all parties on today's date via U.S.

20 Mail pursuant to the Certificate of Service below.

21          DATED this 5th day of October, 2018.

22                                      GUST ROSENFELD P.L.C.

23

24                                      By  _/s/ James H. Marburger – 010359_
                                            James H. Marburger
25                                          Attorneys for Defendant Airport
                                            Terminal Services, Inc.
26

JHM:tno  3371793.1  10/5/2018

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2018 I mailed the foregoing Defendant Airport

Terminal Services, Inc.'s Fed. R. Civ. P. 26(a)(2) Disclosure of Experts to:

Mack T. Jones, Esq.
Richard L. Barrett, Esq.
Jones Raczkowski PC
2141 East Camelback Road, Suite 100
Phoenix, AZ  85016
*Attorneys for Plaintiff*

Stephen C. Yost, Esq.
Lauren E. Eiler, Esq.
Campbell, Yost, Clare & Norell, P.C.
3101 N. Central Avenue, Suite 1200
Phoenix, AZ  85012
*Attorneys for Defendant Delta Air Lines, Inc.*

Mark G. Worischeck, Esq.
Dillon J. Steadman, Esq.
Sanders & Park, P.C.
3030 N. Third Street, Suite 1300
Phoenix, AZ  85012
*Attorneys for Defendant Compass Airlines, LLC*

By:  *Terri Oliver*