Mark G. Worischeck/Bar No. 011147
Dillon J. Steadman/Bar No. 031739
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Firm E-mail:  Minutes@SandersParks.com

Mark G. Worischeck
  Direct Phone: 602.532.5795
  Direct Fax: 602.230.5054
  E-Mail: Mark.Worischeck@sandersparks.com

Dillon J. Steadman
  Direct Phone: 602.532.5773
  Direct Fax: 602.230.5073
  E-Mail: Dillon.Steadman@sandersparks.com

*Attorneys for Defendant Compass Airlines, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man,<br><br>                    Plaintiff,<br><br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware corporation doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri Corporation;<br><br>                    Defendants. | Case No.:  2:17-cv-02056-MHB<br><br>**DEFENDANT COMPASS AIRLINES, INC.'S NOTICE OF SERVICE OF SECOND SUPPLEMENTAL RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS**<br><br>(Assigned to the Honorable John J. Tuchi) |

Defendant Compass Airlines, LLC ("Compass"), hereby provides this Notice of Service of its Second Supplemental Response to Mandatory Initial Discovery Requests.  On October 5, 2018, Compass served its Second Supplemental Responses to the Court's Mandatory Initial Discovery Requests as required by General Order 17-08.

/ / /

/ / /

/ / /

DATED this 5th day of October, 2018.

**SANDERS & PARKS, P.C.**

By  /s/Dillon J. Steadman
Mark G. Worischeck
Dillon J. Steadman
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
*Attorneys for Defendant Compass Airlines, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By /s/ *Marcia Greene*