Mark G. Worischeck/Bar No. 011147
Dillon J. Steadman/Bar No. 031739
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Firm E-mail:  Minutes@SandersParks.com

Mark G. Worischeck
  Direct Phone: 602.532.5795
  Direct Fax: 602.230.5054
  E-Mail: Mark.Worischeck@sandersparks.com

Dillon J. Steadman
  Direct Phone: 602.532.5773
  Direct Fax: 602.230.5073
  E-Mail: Dillon.Steadman@sandersparks.com

*Attorneys for Defendant Compass Airlines, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man,<br><br>Plaintiff,<br><br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware corporation doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri Corporation;<br><br>Defendants. | Case No.:  2:17-cv-02056-MHB<br><br>**DEFENDANT COMPASS AIRLINES, INC.'S NOTICE OF SERVICE OF EXPERT DISCLOSURE**<br><br>(Assigned to the Honorable John J. Tuchi) |

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Defendant Compass Airlines, LLC gives notice that it served on Plaintiff (with copies to all parties) its Expert Disclosure on October 5, 2018.

/ / /

/ / /

/ / /

/ / /

Case 2:17-cv-02056-SMB   Document 82   Filed 10/05/18   Page 2 of 2

DATED this 5th day of October, 2018.

**SANDERS & PARKS, P.C.**

By */s/Dillon J. Steadman*
Mark G. Worischeck
Dillon J. Steadman
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
*Attorneys for Defendant Compass Airlines, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By /s/ *Marcia Greene*

- 2 -