Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, | NO. 2:17-cv-02056-MHB |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT DELTA AIR LINES, Inc.'s _SUPPLEMENTAL_ DISCLOSURE OF EXPERT TESTIMONY DATED OCTOBER 8, 2018** |
| vs. | |
| DELTA AIR LINES INC.; COMPASS AIRLINES, INC., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Rules of Practice of the United States District Court, District of Arizona, Defendant Delta Air Lines, Inc., served their _Supplemental_ Disclosure of Expert Testimony on Plaintiff's counsel on the 8th day of October, 2018.

/ / /

/ / /

/ / /

DATED this 8th day of October, 2018.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**


By s/ Lauren E. Eiler
Stephen C. Yost
Lauren E. Eiler
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
*Attorneys for Defendant Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.


s/ Cindy Benear/Lisa Sainz