1  Stephen C. Yost – 011149
2  Lauren E. Eiler – 007378
   CAMPBELL, YOST, CLARE & NORELL, P.C.
3  3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
4  (602) 322-1600
5  (602) 322-1604 - fax
   syost@cycn-phx.com
6
7  *Attorneys for Defendant Delta Air Lines, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, | NO. 2:17-cv-02056-MHB |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT DELTA AIR LINES, Inc.'s _SUPPLEMENTAL_ DISCLOSURE OF EXPERT TESTIMONY DATED OCTOBER 8, 2018** |
| vs. | |
| DELTA AIR LINES INC.; COMPASS AIRLINES, INC., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Rules of Practice of the United States District Court, District of Arizona, Defendant Delta Air Lines, Inc., served their _Supplemental_ Disclosure of Expert Testimony on Plaintiff's counsel on the 8th day of October, 2018.

/ / /

/ / /

/ / /

DATED this 8th day of October, 2018.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By s/ Lauren E. Eiler
   Stephen C. Yost
   Lauren E. Eiler
   3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
   *Attorneys for Defendant Delta Air Lines, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.


s/ Cindy Benear/Lisa Sainz