Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL E. MEMOS, | NO. 2:17-cv-02056-MHB |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT DELTA AIR LINES, INC.'S JOINDER** |
| vs. | |
| DELTA AIR LINES INC.; COMPASS AIRLINES, INC., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Rules of Practice of the United States District Court, District of Arizona, Defendant Delta Air Lines, Inc., served their Joinder in Defendant Compass Airlines, LLC's Expert Disclosure dated October 5, 2018 on all counsel on the 8th day of October, 2018.

/ / /

/ / /

/ / /

DATED this 8th day of October, 2018.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By s/ Lauren E. Eiler
 Stephen C. Yost
 Lauren E. Eiler
 3101 North Central Ave., Ste. 1200
 Phoenix, AZ 85012
 *Attorneys for Defendant Delta Air Lines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Lisa Sainz