Mack T. Jones (006369)
Richard L. Barrett 005631)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com
rbarrett@azpremiseslaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael E. Memos, a single man;<br><br>    Plaintiff;<br>v.<br><br>Delta Air Lines, Inc., a Delaware corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc. a Missouri corporation;<br><br>    Defendants. | **NO. CV-17-02056-PHX-JJT**<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S FORTH SUPPLEMENTAL MANDATORY DISCOVERY RESPONSES AND SUPPLEMENTAL RESPONSES TO DISCOVERY** |

NOTICE IS HEREBY GIVEN that on October 17, 2018, Plaintiff Michael E. Memos serves his Second Supplemental Mandatory Initial Discovery Responses pursuant to Mandatory Initial Discovery Pilot Project ("MIDP) and Answer to Defendant Airport Terminal Interrogatories and Supplemental Responses to Request for Production of Documents.

RESPECTFULLY SUBMITTED this 17th day of October, 2018.

**JONES│RACZKOWSKI PC**

**/s/ Richard L. Barrett**

---

By Mack T. Jones
Richard L. Barrett
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on October 17, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF systems for filing and transmittal of a Notice of Electronic Filling to the following CM/ECF registrants:

Stephen C. Yost
Lauren E. Eiler
**CAMPBELL, YOST, CLARE & NORELL, P.C.**
3101 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
syost@cycn-phx.com
Attorney for Defendant Delta Air Lines, Inc.

Mark G. Worischeck
Joel Fugate
**SANDERS & PARK, P.C.**
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
mark.worischeck@sanderspark.com
dillon.steadman@sanderspark.com
Attorney for Defendant Compass Airlines, LLC

1  James H. Marburger
2  **Gust Rosenfeld, PLC**
   One East Washington Street, Suite 1600
3  Phoenix, AZ 85004
4  Jmarburger@gustlaw.com
   Attorneys for Defendant Airport Terminal Services, Inc.
5
6  By:   /s/**Aracely B. Phillips**