Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael E. Memos, | NO. 2:17-cv-02056-MHB |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT DELTA AIR LINES, INC.'S *SUPPLEMENTAL* DISCLOSURE RE: REBUTTAL EXPERTS DATED OCTOBER 26, 2018** |
| vs. | |
| Delta Air Lines, Inc., a Delaware Corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Rules of Practice of the United States District Court, District of Arizona, Defendant Delta Air Lines, Inc., served their Supplemental Disclosure Statement Re: Rebuttal Experts, dated October 26, 2018 on all counsel on the 26th day of October, 2018.

/ / /

/ / /

DATED this 26th day of October, 2018.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By s/ Lauren E. Eiler
　Stephen C. Yost
　Lauren E. Eiler
　3101 North Central Ave., Ste. 1200
　Phoenix, AZ 85012
　*Attorneys for Defendant Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Cindy Benear