Stephen C. Yost – 011149
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>Delta Air Lines, Inc., a Delaware Corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation;<br><br>Defendants. | NO. 2:17-cv-02056-JJT<br><br>**NOTICE OF SETTLEMENT** |

Defendant Delta Air Lines, Inc., by and through counsel undersigned, hereby gives notice to the Court that all claims in the above-captioned matter brought by Plaintiff Michael Memos have been fully resolved and settled. A Release will be prepared in the near future. Both Medicare and Medicaid liens are required to be resolved pursuant to the settlement. Lien resolution is expected within 60 days.

Funding is also expected within 60 days, as USAIG collects contribution from its member insurers before issuing the settlement check.

Accordingly, Defendant suggests all pretrial and other deadlines be vacated, where a stipulation for dismissal with prejudice is anticipated to be filed in 60 days.

DATED this 12th day of November, 2018.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By s/ Stephen C. Yost
Stephen C. Yost
Lauren E. Eiler
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
*Attorneys for Defendant Delta Air Lines, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Lisa Sainz/Cindy Benear