Stephen C. Yost – 011149
Martin P. Clare – 010812
Lauren E. Eiler – 007378
CAMPBELL, YOST, CLARE & NORELL, P.C.
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
(602) 322-1600
(602) 322-1604 - fax
syost@cycn-phx.com

*Attorneys for Defendant Delta Air Lines, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>Delta Air Lines, Inc., a Delaware Corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation;<br><br>Defendants. | NO. 2:17-cv-02056-JJT<br><br>**DEFENDANT DELTA AIR LINES, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |

Notice is hereby given that Martin P. Clare is substituted in place and stead of Stephen C. Yost, as attorney of record for Defendants Delta Air Lines, Inc. Mr. Yost is retiring effective December 31, 2018, and pursuant to this Notice, communications after December 31, 2018, should be directed to:

/ / /

| | |
|---|---|
| 1 | Martin P. Clare – 010812 |
| 2 | CAMPBELL, YOST, CLARE & NORELL, P.C. |
|   | 3101 N. Central Ave., Suite 1200 |
| 3 | Phoenix, AZ  85012 |
|   | (602) 322-1608 |
| 4 | (602) 322-1607 – fax |
| 5 | Email:  mclare@cycn-phx.com |
| 6 | Lauren E. Eiler |
| 7 | CAMPBELL, YOST, CLARE & NORELL, P.C. |
|   | 3101 N. Central Ave., Suite 1200 |
| 8 | Phoenix, AZ  85012 |
|   | Phone:  (602) 452-6627 |
| 9 | Fax:  (602) 322-1604 |
| 10 | E-mail:  abowman@cycn-phx.com |

DATED this 3rd day of December, 2018.

**CAMPBELL, YOST, CLARE & NORELL, P.C.**

By s/   Stephen C. Yost
Stephen C. Yost
Martin P. Clare
Lauren E. Eiler
3101 North Central Ave., Ste. 1200
Phoenix, AZ 85012
*Attorneys for Defendant Delta Air Lines, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2018, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/ Lisa Boynton/Cindy Benear