1  Stephen C. Yost – 011149
2  Lauren E. Eiler – 007378
   CAMPBELL, YOST, CLARE & NORELL, P.C.
3  3101 North Central Ave., Ste. 1200
   Phoenix, AZ 85012
4  (602) 322-1600
   (602) 322-1604 - fax
5  syost@cycn-phx.com
6
7  *Attorneys for Defendant Delta Air Lines, Inc.*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF ARIZONA**

10

| | |
|---|---|
| Michael E. Memos, a single man, | NO. 2:17-cv-02056-SMB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Delta Air Lines, Inc., a Delaware Corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation; | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties, through counsel undersigned, that the above-entitled and numbered cause of action may be dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

*Memos v. Delta Air Lines, Inc., et al. - NO. 2:17-cv-02056-JJT*

DATED this 10th day of January, 2019.

                                         **CAMPBELL, YOST, CLARE & NORELL, P.C.**

                                         By s/ Lauren E. Eiler
                                            Stephen C. Yost
                                            Lauren E. Eiler
                                            3101 North Central Ave., Ste. 1200
                                            Phoenix, AZ 85012
                                            *Attorneys for Defendant Delta Air Lines, Inc.*

                                         **JONES/RACZKOWSKI PC**

                                       By s/ Richard Barrett     (with permission)
                                            Mack T. Jones
                                            Richard Barrett
                                            2141 East Camelback Road, Suite 100
                                            Phoenix, AZ  85016
                                            *Attorneys for Plaintiff*

                                         **SANDERS & PARKS, P.C.**

                                       By s/ Dillon J. Steadman (with permission)
                                            Mark G. Worischeck
                                            Dillon J. Steadman
                                            3030 N. Third Street, #1300
                                            Phoenix, AZ  85012
                                            *Attorneys for Defendant Compass Airlines, Inc.*

                                         **GUST ROSENFELD P.L.C.**

                                       By s/   James H. Marburger  (with permission)
                                            James H. Marburger
                                            One East Washington Street, Suite 1600
                                            Phoenix, AZ  85004
                                            *Attorneys for Defendant Airport Terminal Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2019, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants.

s/   Cindy Benear