UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E. Memos, a single man,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Delta Air Lines, Inc., a Delaware Corporation; Compass Airlines, LLC, a Delaware company doing business as Delta Connection; Airport Terminal Services, Inc., a Missouri corporation;<br><br>　　　　　　　Defendants. | NO.  2:17-cv-02056-JJT<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Stipulation to Dismiss with Prejudice between Plaintiff, Michael E. Memos and Defendants, and good cause appearing:

IT IS HEREBY ORDERED dismissing the above matter with prejudice as to all Defendants, with each party to bear their own attorneys' fees and costs.