# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael E Memos, | No. CV-17-02056-PHX-SMB |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Delta Air Lines Incorporated, et al., | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 95) between Plaintiff, Michael E. Memos and Defendants, and good cause appearing,

IT IS ORDERED dismissing the above matter with prejudice as to all Defendants, with each party to bear their own attorneys' fees and costs.

Dated this 15th day of January, 2019.

Honorable Susan M. Brnovich
United States District Judge